KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700
Eric J. Wallach (EJW-4399)
Joseph A. Piesco, Jr. (JP-1773)

Attorneys for Defendants
The Bromley Companies LLC and
William Haines


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————x

JOSEPHINE A. VITALE,

           Plaintiff,

           vs.

THE BROMLEY COMPANIES LLC and
WILLIAM HAINES,

           Defendants,

———————————————————————————x

**ECF CASE**

**06 CV 3209**

**(Cote, J.)**


**AFFIDAVIT OF RICHARD SHARKEN IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS THE COMPLAINT**


STATE OF NEW YORK        )
                            ss.:
COUNTY OF NEW YORK   )


    **RICHARD SHARKEN,** being duly sworn, deposes as follows:

1.    I am the Chief Financial Officer of The Bromley Companies LLC ("Bromley"), a

Defendant in the above-referenced litigation.  I have personal knowledge of the facts

recited herein and submit this Affidavit in support of Defendants' Motion to Dismiss Plaintiff, Josephine Vitale's, Complaint.

2.      Bromley is a company that provides fee-based administrative services, such as payroll processing, accounting, benefits administration and consulting services to businesses throughout the United States.

3.      As Bromley's CFO, I am responsible for, among other things, preparing and filing tax returns, handling accounting issues, overseeing payroll, processing expense reimbursements, maintaining Bromley's books and records and overseeing the general finances of the company.  Since 1997, I have worked closely with, and been consulted by, William Haines ("Haines"), Bromley's CEO, on a daily basis regarding the financial affairs of Bromley.

4.      One of the entities that Bromley provides services to is Tampa Bay 1, LLC ("TB1"), a company that Haines has an ownership interest in.  In or around 1999, TB1 and Bromley entered into an agreement whereby TB1 agreed to pay Bromley for the use of its payroll and benefits services.  Limited human resources assistance also was provided by Paige Hall in connection with these services.

5.      Upon entering into this agreement, Bromley would physically disburse payroll checks to TB1 employees.  TB1, however, provided the funds to pay its employees' salaries and benefits and paid Bromley for providing these services.  In fact, in order to properly track and bill these payments, Bromley's payroll system "ear-marked" all TB1 employee salaries with the department code "005000".  Ms. Vitale's salary was marked with this TB1 department code.

6.    TB1 reported these payroll expenses and deductions on its income statements and annual tax returns.  I know this because TB1 engaged Bromley to prepare its taxes on an annual basis.  Attached hereto as Exhibits A and B are true and correct copies of TB1's income statements and annual tax returns for fiscal years 2004 and 2005, respectively.

7.    Moreover, according to TB1's business records, TB1 (i) maintained its own bank account, in its own name, at Amsouth Bank in Tampa; (ii) owned its own office equipment, which it never shared with Bromley; (iii) contracted with its own vendors for external services; (iv) had its own e-mail addresses and telephone number; (v) handled its own advertising and marketing; (vi) shared no employees with Bromley; (vii) engaged in a completely separate line of business than Bromley (e.g., real estate development); and (viii) shared no common office space with Bromley.

8.    Ms. Vitale claims that TB1 and Bromley "shared" office space in New York City and in Tampa.  This is not true.  TB1's only office is, and always has been, located at 3725 Grace Street, Tampa, Florida.  Bromley does not maintain an office in Florida.  The building in which TB1 occupies space is owned by Bromley Tampa Investors, Ltd. ("BTI"), not Bromley.  Ms. Vitale is well aware of this fact.  BTI is an "S Corp." that is organized under the laws of Florida and has no corporate relationship with, or ownership interest in, Bromley or TB1.  Attached hereto as Exhibit C is a true and correct copy of BTI's mortgage on the building.

9.    I also understand that Ms. Vitale claims I had to "approve" her expenses during her employment with TB1.  This statement either is false or deliberately misleading.  At all times relevant, Mr. Haines approved Ms. Vitale's expenses in his capacity as Managing Member of TB1 and was the only individual authorized to do so.  I simply

processed the payment of TB1 employees' expenses, consistent with my payroll duties and the services agreement between Bromley and TB1.

10.     I further note that Ms. Vitale claims that Paige Hall sent her correspondence relating to her benefits.  This is true.  Ms. Hall is a human resources professional who would provide limited benefits and other advice to TB1 when it had employees.  As far as I am aware, she had no authority to hire, fire or make compensation decisions regarding TB1 employees or otherwise affect the terms and conditions of TB1's employees.  Ms. Hall's advice was rendered in connection with the services TB1 engaged Bromley to provide.

11.     As I previously stated, I have been with Bromley since its inception.  As such, I can state categorically that Bromley never employed more than 12 employees who worked 20 or more weeks a year.

12.     I understand that Ms. Vitale claims that she was an employee of Bromley.  This is not the case.  Ms. Vitale was always an employee of TB1.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

4

I affirm that the foregoing statements are true and correct and attest to same un

penalty of perjury in accordance with 28 U.S.C. § 1746.

RICHARD SHARKEN

STATE: NEW YORK
COUNTY: NEW YORK

Sworn to before me this
7th day of September, 2006

Notary Public

LAWRENCE H. WOLFF
Notary Public, State of New York
No. 01WO6070603
Qualified in Nassau County
Commission Expires March 4, 2010

# EXHIBIT A

Date: 2/4/2005

Tampa Bay 1 LLC
Income Statement With Budget Comparison

For 1/1/2004 To 12/31/2004

Page:

| ACCT NUM | | CURRENT PERIOD | % INCOME | CURRENT BUDGET | % INCOME | ACTUAL YTD | % INCOME | BUDGET YTD | % INCOM |
|---|---|---|---|---|---|---|---|---|---|
| | REVENUE | | | | | | | | |
| 6103 | Rent Income-Comm. | $161.51 | 4.40 | $0.00 | 0.00 | $9,408.02 | 61.54 | $0.00 | 0.0 |
| 6107 | Real Estate Tax Escalation | 0.00 | 0.00 | 0.00 | 0.00 | 2,311.05 | 15.12 | 0.00 | 0.0 |
| 6220 | Interest Income | 0.00 | 0.00 | 0.00 | 0.00 | 48.00 | 0.31 | 0.00 | 0.0 |
| 6410 | Miscellaneous Income | 0.00 | 0.00 | 0.00 | 0.00 | 14.70 | 0.10 | 0.00 | 0.0 |
| 6413 | Other Income | 3,506.67 | 95.60 | 0.00 | 0.00 | 3,506.67 | 22.94 | 0.00 | 0.0 |
| | TOTAL REVENUE | 3,668.18 | 100.00 | 0.00 | 0.00 | 15,288.44 | 100.00 | 0.00 | 0.0 |
| | EXPENSES | | | | | | | | |
| | PAYROLL EXPENSES | | | | | | | | |
| 7111 | Management Payroll | $43,033.33 | 1173.15 | $16,750.00 | 0.00 | $230,999.96 | 1510.95 | $201,000.00 | 0.0 |
| 7121 | FICA Expense | 3,114.33 | 84.90 | 791.63 | 0.00 | 11,730.96 | 76.73 | 9,500.00 | 0.0 |
| 7122 | State Unemployment Ins. | 60.00 | 1.64 | 33.37 | 0.00 | 60.00 | 0.39 | 400.00 | 0.0 |
| 7123 | Workers Comp.Insurance | (8.37) | (0.23) | 100.00 | 0.00 | 1,550.00 | 10.14 | 1,200.00 | 0.0 |
| 7124 | Federal Unemployment Ins. | 0.00 | 0.00 | 16.63 | 0.00 | 0.00 | 0.00 | 200.00 | 0.0 |
| 7126 | Health & welfare | 1,972.70 | 53.78 | 1,666.63 | 0.00 | 22,898.62 | 149.78 | 20,000.00 | 0.0 |
| 7130 | Temporary Help | 0.00 | 0.00 | 1,000.00 | 0.00 | 20,751.90 | 135.74 | 12,000.00 | 0.0 |
| 7136 | Group LT Disability | 69.42 | 1.89 | 0.00 | 0.00 | 138.84 | 0.91 | 0.00 | 0.0 |
| | TOTAL PAYROLL | $48,241.41 | 1315.13 | $20,358.26 | 0.00 | $288,130.28 | 1884.63 | $244,300.00 | 0.0 |
| | REPLACEMENT COSTS | | | | | | | | |
| 7202 | Furniture/Fixture Replacement | ($286.97) | (7.82) | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | 0.0 |
| 7204 | Flooring/Carpeting Replaceme | (6,422.00) | (175.07) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.0 |
| | TOTAL REPLACEMENT COS | ($6,708.97) | (182.90) | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | 0.0 |
| | REPAIRS & MAINTENANCE | | | | | | | | |
| '315 | Cleaning Supplies | $0.00 | 0.00 | $16.63 | 0.00 | $0.00 | 0.00 | $200.00 | 0.0 |
| '317 | Hardware | 0.00 | 0.00 | 125.00 | 0.00 | 84.10 | 0.55 | 1,500.00 | 0.0 |
| '318 | Glass/Windows | 0.00 | 0.00 | 0.00 | 0.00 | 162.00 | 1.06 | 0.00 | 0.0 |
| '325 | Outdoor Landscaping | 0.00 | 0.00 | 1,000.00 | 0.00 | 1,100.00 | 7.20 | 12,000.00 | 0.0 |
| '327 | Air Monitoring | 0.00 | 0.00 | 0.00 | 0.00 | 2,307.00 | 15.09 | 0.00 | 0.0 |
| 355 | Miscellaneous Property | 0.00 | 0.00 | 133.37 | 0.00 | 2,565.96 | 16.78 | 1,600.00 | 0.0 |
| 360 | Painting & Decorating | 0.00 | 0.00 | 108.37 | 0.00 | 173.34 | 1.13 | 1,300.00 | 0.0 |
| 370 | Trash Removal | 0.00 | 0.00 | 41.63 | 0.00 | 391.90 | 2.56 | 500.00 | 0.0 |
| 380 | Floor/Carpeting Repairs | 0.00 | 0.00 | 0.00 | 0.00 | 289.07 | 1.89 | 0.00 | 0.0 |
| 381 | Alarm Service/Fire Protection | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 | 0.00 | 300.00 | 0.0 |
| 390 | Auto Expense - R & M | 0.00 | 0.00 | 0.00 | 0.00 | 19.14 | 0.13 | 0.00 | 0.0 |
| | TOTAL REPAIRS & MAINT. | $0.00 | 0.00 | $1,450.00 | 0.00 | $7,092.51 | 46.39 | $17,400.00 | 0.0 |
| | GENERAL & ADMIN EXPENSE | | | | | | | | |
| 110 | Office Expense-Other | $373.59 | 10.19 | $150.00 | 0.00 | $3,766.14 | 24.63 | $1,800.00 | 0.0 |

Date: 2/4/2005

Tampa Bay 1 LLC

Income Statement With Budget Comparison

For 1/1/2004 To 12/31/2004

Page:

| ACCT NUM | | CURRENT PERIOD | % INCOME | CURRENT BUDGET | % INCOME | ACTUAL YTD | % INCOME | BUDGET YTD | % INCOM |
|------|------|------|------|------|------|------|------|------|------|
| 7411 | Office Supplies.Sta.,Prtng, | 578.99 | 15.78 | 700.00 | 0.00 | 817.60 | 5.35 | 8,400.00 | 0.0 |
| 7415 | Postage | 511.06 | 13.93 | 175.00 | 0.00 | 5,669.97 | 37.09 | 2,100.00 | 0.0 |
| 7427 | Svs.Contracts&Office Equip. | 165.04 | 4.50 | 375.00 | 0.00 | 2,842.25 | 18.59 | 4,500.00 | 0.0 |
| 7441 | Contributions | 0.00 | 0.00 | 1,000.00 | 0.00 | 87,785.30 | 574.19 | 46,200.00 | 0.0 |
| 7445 | Computer Software | 0.00 | 0.00 | 0.00 | 0.00 | 689.90 | 4.51 | 0.00 | 0.0 |
| 7446 | E Commerce-Web Developme | 0.00 | 0.00 | 0.00 | 0.00 | 373.20 | 2.44 | 0.00 | 0.0 |
| 7447 | Network Maintenance | 93.90 | 2.56 | 133.37 | 0.00 | 2,623.12 | 17.16 | 1,600.00 | 0.0 |
| 7450 | Dues & Subscriptions | (90.10) | (2.46) | 350.00 | 0.00 | 5,608.98 | 36.69 | 4,200.00 | 0.0 |
| 7470 | Travel & Lodging | 7,124.95 | 194.24 | 3,000.00 | 0.00 | 51,042.24 | 333.86 | 36,000.00 | 0.0 |
| 7471 | Meals & Entertainmant | 824.80 | 22.49 | 1,700.00 | 0.00 | 22,849.75 | 149.46 | 20,400.00 | 0.0 |
| 7486 | Advertising & Promotion | 70,149.00 | 1912.37 | 10,725.00 | 0.00 | 229,090.65 | 1498.46 | 128,700.00 | 0.0 |
| 7490 | Miscellaneous | 20,298.97 | 553.38 | 250.00 | 0.00 | 21,714.07 | 142.03 | 3,000.00 | 0.0 |
| | TOTAL GENERAL & ADMIN | $100,030.20 | 2726.97 | $18,558.37 | 0.00 | $434,873.17 | 2844.46 | $256,900.00 | 0.0 |
| | OTHER OPERATING | | | | | | | | |
| 7502 | Permits & Fees | $0.00 | 0.00 | $0.00 | 0.00 | $887.00 | 5.80 | $0.00 | 0.0 |
| 7504 | Professional Fees | (15,597.80) | (425.22) | 250.00 | 0.00 | 42,707.17 | 279.34 | 3,000.00 | 0.0 |
| 7506 | Insurance | 8,662.30 | 236.15 | 666.63 | 0.00 | 13,245.67 | 86.64 | 8,000.00 | 0.0 |
| | TOTAL OTHER OPERATING | ($6,935.50) | (189.07) | $916.63 | 0.00 | $56,839.84 | 371.78 | $11,000.00 | 0.0 |
| | UTILITIES | | | | | | | | |
| 7620 | Water & Sewer | ($1,994.87) | (54.38) | $50.00 | 0.00 | ($1,105.92) | (7.23) | $600.00 | 0.0 |
| 7630 | Electric | 0.00 | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 1,200.00 | 0.0 |
| 7640 | Telephone | 673.94 | 18.37 | 700.00 | 0.00 | 13,084.13 | 85.58 | 8,400.00 | 0.0 |
| 7650 | TV Cable Service | 30.54 | 0.83 | 25.00 | 0.00 | 376.48 | 2.46 | 300.00 | 0.0 |
| | TOTAL UTILITIES | ($1,290.39) | (35.18) | $875.00 | 0.00 | $12,354.69 | 80.81 | $10,500.00 | 0.0 |
| | FOOD SERVICE | | | | | | | | |
| | TOTAL FOOD SERVICE | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | 0.0 |
| | TAXES | | | | | | | | |
| 7801 | Real Estate Tax | ($5,833.39) | (159.03) | $10,000.00 | 0.00 | $87,666.61 | 573.42 | $120,000.00 | 0.0 |
| | TOTAL TAXES | ($5,833.39) | (159.03) | $10,000.00 | 0.00 | $87,666.61 | 573.42 | $120,000.00 | 0.0 |
| | FIXED & FINANCIAL | | | | | | | | |
| 8140 | Mortgage Interest | $15,546.59 | 423.82 | $19,416.63 | 0.00 | $161,266.08 | 1054.82 | $233,000.00 | 0.0 |
| 8199 | Other Interest | 192,489.96 | 5247.56 | 4,750.00 | 0.00 | 401,931.25 | 2628.99 | 57,000.00 | 0.0 |
| | TOTAL FIXED & FINANCIAL | $208,036.55 | 5671.38 | $24,166.63 | 0.00 | $563,197.33 | 3683.81 | $290,000.00 | 0.0 |

Tampa Bay 1 LLC
Income Statement With Budget Comparison
For 1/1/2004 To 12/31/2004

| ACCT NUM | | CURRENT PERIOD | % INCOME | CURRENT BUDGET | % INCOME | ACTUAL YTD | % INCOME | BUDGET YTD | % INCOM |
|---|---|---|---|---|---|---|---|---|---|
| | TOTAL EXP.BEFORE DEP/AMC | 335,539.91 | 9147.31 | 76,324.89 | 0.00 | 1,450,154.43 | 9485.30 | 950,100.00 | 0.0 |
| | P & L BEFORE DEP. / AMORT. | ($331,871.73) | (9047.31) | ($76,324.89) | 0.00 | ($1,434,865.99) | (9385.30) | ($950,100.00) | 0.0 |
| | DEPRECIATION & AMORT. | | | | | | | | |
| 01 | Depreciation - Tax | $849.42 | 23.16 | $708.37 | 0.00 | $2,682.79 ᵛ | 17.55 | $8,500.00 | 0.0 |
| 97 | Amort.-Deferred Finance Cost | 491.44 | 13.40 | 833.37 | 0.00 | 14,055.50 ᵛ | 91.94 | 10,000.00 | 0.0 |
| | TOTAL DEPREC. & AMORT. | $1,340.86 | 36.55 | $1,541.74 | 0.00 | $16,738.29 | 109.48 | $18,500.00 | 0.0 |
| | INCOME/FRANCHISE TAX | | | | | | | | |
| 00 | State Corp. Taxes | $0.00 | 0.00 | $0.00 | 0.00 | $50.00 ᵛ | 0.33 | $0.00 | 0.0 |
| 05 | Local Corp. Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 381.74 ᵛ | 2.50 | 0.00 | 0.0 |
| | TOTAL INCOME TAXES | $0.00 | 0.00 | $0.00 | 0.00 | $431.74 | 2.82 | $0.00 | 0.0 |
| | SUSPENSE | | | | | | | | |
| | TOTAL EXPENSES | ($336,880.77) | (9183.87) | ($77,866.63) | 0.00 | ($1,467,324.46) | (9597.61) | ($968,600.00) | 0.0 |
| | NET PROFIT/(LOSS) | ($333,212.59) | (9083.87) | ($77,866.63) | 0.00 | ($1,452,036.02) | (9497.61) | ($968,600.00) | 0.0 |

Form **1065**

U.S. Return of Partnership Income

OMB No. 1545-0099

Department of the Treasury
Internal Revenue Service

For calendar year 2004, or tax year beginning 01/01/ , 2004, & ending 12/31/ , 20 04

► See separate instructions.

**2004**

| | |
|---|---|
| A Principal busn. activity **REAL ESTATE** | Use the IRS label. Other- wise, print or type. |
| B Principal product/service **RENTAL** | |
| C Business code number **531120** | |

Name of partnership **TAMPA BAY 1 LLC**

Number, street, and room or suite no. If a P. O. box, see the instructions. **C/O BROMLEY COMPANIES 120 5TH AVENUE**

City or town, state, and ZIP code **NEW YORK                NY 10011**

D Employer ID number **59-3591504**

E Date business started **08/01/1999**

F Total assets (see the instructions) $ **19,861,787.**

G Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change  (5) ☐ Amended return

H Check accounting method: (1) ☐ Cash  (2) ☒ Accrual  (3) ☐ Other (specify) ▶

I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year   ▶   **4.**

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| | | | |
|---|---|---|---|
| **I n c o m e** | **1a** Gross receipts or sales | 1a | |
| | **b** Less returns and allowances | 1b | 1c 0. |
| | **2** Cost of goods sold (Schedule A, line 8) | 2 | |
| | **3** Gross profit. Subtract line 2 from line 1c | 3 | |
| | **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach schedule) | 4 | |
| | **5** Net farm profit (loss) (attach Schedule F (Form 1040)) | 5 | |
| | **6** Net gain (loss) from Form 4797, Part II, line 17 | 6 | |
| | **7** Other income (loss) (attach schedule) | 7 | |
| | **8** Total income (loss). Combine lines 3 through 7 | 8 | 0. |

| | | | |
|---|---|---|---|
| **D e d u c t i o n s (see the instructions for limitations)** | **9** Salaries and wages (other than to partners) (less employment credits) | 9 | |
| | **10** Guaranteed payments to partners | 10 | |
| | **11** Repairs and maintenance | 11 | |
| | **12** Bad debts | 12 | |
| | **13** Rent | 13 | |
| | **14** Taxes and licenses | 14 | |
| | **15** Interest | 15 | |
| | **16a** Depreciation (if required, attach Form 4562) | 16a | |
| | **b** Less depreciation reported on Schedule A and elsewhere on return | 16b | 16c |
| | **17** Depletion (Do not deduct oil and gas depletion.) | 17 | |
| | **18** Retirement plans, etc | 18 | |
| | **19** Employee benefit programs | 19 | |
| | **20** Other deductions (attach schedule) | 20 | |
| | **21** Total deductions. Add the amounts shown in the far right column for lines 9 through 20 | 21 | 0. |

**22** Ordinary business income (loss). Subtract line 21 from line 8 | 22 | 0.

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of general partner or limited liability company member          Date **2/21/05**

May the IRS discuss this return with the preparer shown below (see inst.)?  ☐ Yes  ☐ No

**Paid Preparer's Use Only**

| Preparer's signature | | Date | Check if self-employed ▶ ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, & ZIP code | **120 5th Ave** | | EIN ▶ | |
| | | | Phone no. | |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Cat. No. 11390Z

Form **1065** (2004)

410651 Copyright TAX$IMPLE JYA

1

Form 1065 (2004)                                                                                                Page **2**

### Schedule A   Cost of Goods Sold (see the instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | **1** | |
| 2 | Purchases less cost of items withdrawn for personal use | **2** | |
| 3 | Cost of labor | **3** | |
| 4 | Additional section 263A costs (attach schedule) | **4** | |
| 5 | Other costs (attach schedule) | **5** | |
| 6 | Total. Add lines 1 through 5 | **6** | 0. |
| 7 | Inventory at end of year | **7** | |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | **8** | 0. |

**9a** Check all methods used for valuing closing inventory:

    (I) ☐ Cost as described in Regulations section 1.471-3

    (II) ☐ Lower of cost or market as described in Regulations section 1.471-4

    (III) ☐ Other (specify method used and attach explanation) ▶

  **b** Check this box if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) ▶

  **c** Check this box if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶

  **d** Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership?    ☐ Yes   No

  **e** Was there any change in determining quantities, cost, or valuations between opening and closing inventory?    ☐ Yes   No

    If "Yes," attach explanation.

### Schedule B   Other Information

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | |
| | **a** ☐ Domestic general partnership    **b** ☐ Domestic limited partnership | | |
| | **c** ☒ Domestic limited liability company    **d** ☐ Domestic limited liability partnership | | |
| | **e** ☐ Foreign partnership    **f** ☐ Other ▶ | | |
| **2** | Are any partners in this partnership also partnerships? | X | |
| **3** | During the partnership's tax year, did the partnership own any interest in another partnership or in any foreign entity that was disregarded as an entity separate from its owner under Regulations sections 301.7701-2 and 301.7701-3? If yes, see instructions for required attachment | | X |
| **4** | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details | | X |
| **5** | Does this partnership meet all three of the following requirements? | | |
| | **a** The partnership's total receipts for the tax year were less than $250,000; | | |
| | **b** The partnership's total assets at the end of the tax year were less than $600,000; **and** | | |
| | **c** Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item N on Schedule K-1. | | X |
| **6** | Does this partnership have any foreign partners? If "Yes," the partnership may have to file Forms 8804, 8805 and 8813. See the instructions | | X |
| **7** | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| **8** | Has this partnership filed, or is it required to file, **Form 8264**, Application for Registration of a Tax Shelter? | | X |
| **9** | At any time during calendar year 2004, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes," enter the name of the foreign country. ▶ | | X |
| **10** | During the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520. See the instructions | | X |
| **11** | Was there a distribution of property or a transfer (e.g., by sale or death) of a partnership interest during the tax year? If "Yes," you may elect to adjust the basis of the partnership's assets under section 754 by attaching a statement described under Elections Made By the Partnership in the instructions | | X |
| **12** | Enter the number of Forms 8865, Return of U. S. Persons With Respect to Certain Foreign Partnerships, attached to this return ▶ | | |

### Designation of Tax Matters Partner (see the instructions)
Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

| Name of designated TMP ▶ | WILLIAM L. HAINES | Identifying number of TMP ▶ | 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 |
|---|---|---|---|
| Address of designated TMP ▶ | 120 5TH AVENUE NEW YORK, N.Y. 10011 | | |

410652    Copyright TAXSIMPLE JYA    Form **1065** (2004)

2

Form 1065 (2004)    TAMPA BAY 1 LLC                                59-3591504                    Page **3**

| | Schedule K | Partners' Distributive share Items | | | Total amount |
|---|---|---|---|---|---|
| | **1** | Ordinary business income (loss) (page 1, line 22) | | **1** | |
| | **2** | Net rental real estate income (loss) (attach Form 8825) | | **2** | -2,470,629. |
| | **3a** | Other gross rental income (loss) | 3a | | |
| | **b** | Expenses from other rental activities (attach statement) | 3b | | |
| | **c** | Other net rental income (loss). Subtract line 3b from line 3a | | **3c** | |
| **I n c o m e** | **4** | Guaranteed payments | | **4** | |
| | **5** | Interest income | | **5** | |
| | **6** | Dividends:  a Ordinary dividends | | **6a** | |
| **L o s s** | | b Qualified dividends | 6b | | |
| | **7** | Royalties | | **7** | |
| | **8** | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | | **8** | |
| | **9a** | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | | **9a** | |
| | **b** | Collectibles (28%) gain (loss) | 9b | | |
| | **c** | Unrecaptured section 1250 gain (attach statement) | 9c | | |
| | **10** | Net section 1231 gain (loss) (attach Form 4797) | | **10** | |
| | **11** | Other income (loss) (attach statement) | | **11** | |
| **D e d u c t i o n s** | **12** | Section 179 expense deduction (attach Form 4562) | | **12** | |
| | **13a** | Contributions | | **13a** | 78,170. |
| | **b** | Deductions related to portfolio income (attach statement) | | **13b** | |
| | **c** | Investment interest expense | | **13c** | |
| | **d** | Section 59(e)(2) expenditures:  (1) Type ▶ _____  (2) Amount ▶ | | 13d(2) | |
| | **e** | Other deductions (attach schedule) | | **13e** | |
| **S e l f P m e n t E Y** | **14a** | Net earnings (loss) from self-employment | | **14a** | |
| | **b** | Gross farming or fishing income | | **14b** | |
| | **c** | Gross nonfarm income | | **14c** | |
| **C r e d i t s & R e C a p t u r e** | **15a** | Low-income housing credit (section 42(j)(5)) | | **15a** | |
| | **b** | Low-income housing credit (other) | | **15b** | |
| | **c** | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | | **15c** | |
| | **d** | Other rental real estate credits | | **15d** | |
| | **e** | Other rental credits | | **15e** | |
| | **f** | Other credits and credit recapture (attach statement) | | **15f** | |
| **F o r e i g n T r a n s a c t i o n s** | **16a** | Name of country or U.S. possession ▶ | | | |
| | **b** | Gross income from all sources | | **16b** | |
| | **c** | Gross income sourced at partner level | | **16c** | |
| | | Foreign gross income sourced at partnership level | | | |
| | **d** | Passive ▶   **e** Listed categories (attach statement) ▶ ___   **f** General limitation ▶ | | **16f** | |
| | | Deductions allocated and apportioned at partner level | | | |
| | **g** | Interest expense ▶   **h** Other ▶ | | **16h** | |
| | | Deductions allocated and apportioned at partnership level to foreign source income | | | |
| | **i** | Passive ▶   **j** Listed categories (attach statement) ▶ ___   **k** General limitation ▶ | | **16k** | |
| | **l** | Foreign taxes: (1) Paid ▶ ___   (2) Accrued ▶ | | 16l(2) | |
| | **m** | Reduction in taxes available for credit (attach statement) | | **16m** | |
| **A l t e r n a t i v e M i n i m u m T a x** | **17a** | Post-1986 depreciation adjustment | | **17a** | 115. |
| | **b** | Adjusted gain or loss | | **17b** | |
| | **c** | Depletion (other than oil and gas) | | **17c** | |
| | **d** | Oil, gas, and geothermal properties- gross income | | **17d** | |
| | **e** | Oil, gas, and geothermal properties- deductions | | **17e** | |
| | **f** | Other AMT items (attach statement) | | **17f** | |
| **O t h e r I n f o r m a t i o n** | **18a** | Tax-exempt interest income | | **18a** | |
| | **b** | Other tax-exempt income | | **18b** | |
| | **c** | Nondeductible expenses | | **18c** | |
| | **19a** | Distributions of cash and marketable securities | | **19a** | |
| | **b** | Distributions of other property | | **19b** | |
| | **20a** | Investment income | | **20a** | |
| | **b** | Investment expenses | | **20b** | |
| | **c** | Other items and amounts (attach statement) | | | |

3

## Analysis of Net Income (Loss)

| | | | |
|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13e, 16i(1), and 16i(2) | **1** | -2,470,629. |

| 2 | Analysis by partner type: | (I) Corporate | (II) Individual (active) | (III) Individual (passive) | (IV) Partnership | (V) Exempt organization | (VI) Nominee/Other |
|---|---|---|---|---|---|---|---|
| a | General partners | | -2118564. | | | | -352,065. |
| b | Limited partners | | | | | | |

Note: Schedules L, M-1, and M-2 are not required if Question 5 of Schedule B is answered 'Yes.'

### Schedule L — Balance Sheets per Books

| | Assets | (a) | (b) Beginning of tax year | (c) | (d) End of tax year |
|---|---|---|---|---|---|
| 1 | Cash | | 8,418. | | 13,311. |
| 2a | Trade notes and accounts receivable | 42,224. | | 58,768. | |
| b | Less allowance for bad debts | | 42,224. | | 58,768. |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach statement) | | 49,516. | | 41,306. |
| 7 | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach statement) | | | | |
| 9a | Buildings and other depreciable assets | 8,904. | | 17,033. | |
| b | Less accumulated depreciation | 6,252. | 2,652. | 8,935. | 8,098. |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | 9,979,847. | | 9,979,847. |
| 12a | Intangible assets (amortizable only) | 52,332. | | 50,855. | |
| b | Less accumulated amortization | | 52,332. | | 50,855. |
| 13 | Other assets (attach statement) | | 9,584,245. | | 9,709,602. |
| 14 | Total assets | | 19,719,234. | | 19,861,787. |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | 39,098. | | 109,147. |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | 5,396,542. | | 4,946,542. |
| 17 | Other current liabilities (attach statement) | | 16,325,682. | | 18,300,222. |
| 18 | All nonrecourse loans | | | | |
| 19 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 | Other liabilities (attach statement) | | | | |
| 21 | Partners' capital accounts | | -2,042,088. | | -3,494,124. |
| 22 | Total liabilities and capital | | 19,719,234. | | 19,861,787. |

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -1,452,036. | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | | a Tax-exempt int. $ | | |
| 3 | Guaranteed payments (other than health insurance) | | 7 | Deductions included on Schedule K, lines 1 through 13e, 16i(1), and 16i(2), not charged against book income this year (itemize): | | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13e, 16i(1), and 16i(2) (itemize): | | | a Depr. $ COSTS NO LO NGER OF VAL | | 1,108,183. |
| a | Depreciation $ | | 8 | Add lines 6 and 7 | | 1,108,183. |
| b | Travel and entertainment $ 11,425. | | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | | -2,548,794. |
| 5 | Add lines 1 through 4 | 11,425. | | | | |
| 5 | Add lines 1 through 4 | -1,440,611. | | | | |

### Schedule M-2 — Analysis of Partners' Capital Accounts

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -2,042,088. | 6 | Distributions: a Cash | | |
| 2 | Capital contributed: a Cash | | | b Property | | |
| | b Property | | 7 | Other decreases (itemize): | | |
| 3 | Net income (loss) per books | -1,452,036. | | | | |
| 4 | Other increases (itemize): | | | | | |
| | | | 8 | Add lines 6 and 7 | | 0. |
| 5 | Add lines 1 through 4 | -3,494,124. | 9 | Balance at end of year. Subtract line 8 from line 5 | | -3,494,124. |

410654    Copyright TAX$IMPLE JYA      Form **1065** (2004)

4

Form **8825**

**Rental Real Estate Income and Expenses of a Partnership or an S Corporation**

► See Instructions.
► Attach to Form 1065, Form 1065-B, or Form 1120S.

OMB No. 1545-1186

**2004**

Department of the Treasury
Internal Revenue Service

Name
TAMPA BAY 1 LLC

Employer Identification no.
59-3591504

**1** Show the kind and location of each property. See page 2 for additional properties.

**A** BUILDINGS-WAREHOUSES TAMPA FLORIDA

**B**

**C**

**D**

| | | | Properties | | |
|---|---|---|---|---|---|
| | | | A | B | C | D |
| | **Rental Real Estate Income** | | | | | |
| **2** | Gross rents | **2** | 15,240. | | | |
| | **Rental Real Estate Expenses** | | | | | |
| **3** | Advertising | **3** | 229,091. | | | |
| **4** | Auto and travel | **4** | | | | |
| **5** | Cleaning and maintenance | **5** | | | | |
| **6** | Commissions | **6** | | | | |
| **7** | Insurance | **7** | 13,246. | | | |
| **8** | Legal and other professional fees | **8** | 642,366. | | | |
| **9** | Interest | **9** | 563,149. | | | |
| **10** | Repairs | **10** | 7,093. | | | |
| **11** | Taxes | **11** | 99,830. | | | |
| **12** | Utilities | **12** | 12,355. | | | |
| **13** | Wages and salaries | **13** | 231,000. | | | |
| **14** | Depreciation (see instructions) | **14** | 2,683. | | | |
| **15** | Other (list) ► SCH ATT | | 685,056. | | | |
| | | **15** | | | | |
| **16** | Total expenses for each property. Add lines 3 through 15 | **16** | 2,485,869. | 0. | 0. | 0. |

**17** Total gross rents. Add gross rents from line 2, columns A through H ............. **17** 15,240.

**18** Total expenses. Add total expenses from line 16, columns A through H ............. **18** ( 2,485,869 )

**19** Net gain (loss) from Form 4797, Part II, line 18, from the disposition of property from rental real estate
activities ............................................................. **19**

**20a** Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this
partnership or S corporation is a partner or beneficiary (from Schedule K-1) ......... **20a**

**b** Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 20a.
Attach a schedule if more space is needed:

(1) Name  (2) Employer identification number

**21** Net income (loss) from rental real estate activities. Combine lines 17 through 20a. Enter the result here and on:
• Form 1065 or 1120S: Schedule K, line 2, or .......................... ► **21** -2,470,629.
• Form 1065-B: Part I, line 4

For Paperwork Reduction Act Notice, see instructions.  Cat. No. 10136Z  488251  Copyright TAX$IMPLE JYA  Form **8825** (2004)

5

Form **4562**

# Depreciation and Amortization

## (Including Information on Listed Property)

OMB No. 1545-0172

**2004**

Department of the Treasury
Internal Revenue Service

▶ See separate instructions. ▶ Attach to your tax return.

Attachment
Sequence No. **67**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| TAMPA BAY 1 LLC | | 59-3591504 |

### Part I — Election To Expense Certain Property Under Section 179

Note: If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 Maximum amount. See page 2 of the instructions for a higher limit for certain businesses | | 1 | $102,000 |
| 2 Total cost of section 179 property placed in service (see page 3 of the instructions) | | 2 | 8,129. |
| 3 Threshold cost of section 179 property before reduction in limitation | | 3 | $410,000 |
| 4 Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | | 4 | |
| 5 Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see page 3 of the instructions | | 5 | 102,000. |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| 6 | | |
| | | |

| | | | |
|---|---|---|---|
| 7 Listed property. Enter amount from line 29 | 7 | | |
| 8 Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | 8 | |
| 9 Tentative deduction. Enter the smaller of line 5 or line 8 | | 9 | |
| 10 Carryover of disallowed deduction from line 13 of your 2003 Form 4562 | | 10 | |
| 11 Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | | 11 | |
| 12 Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | | 12 | 0. |
| 13 Carryover of disallowed deduction to 2005. Add lines 9 and 10, less line 12 ▶ | 13 | | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

### Part II — Special Depreciation Allowance and Other Depreciation (Do not include listed property.)

| | | | |
|---|---|---|---|
| 14 Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see page 3 of the instructions) | | 14 | |
| 15 Property subject to section 168(f)(1) election (see page 4 of the instructions) | | 15 | |
| 16 Other depreciation (including ACRS) (see page 4 of the instructions) | | 16 | |

### Part III — MACRS Depreciation (Do not include listed property.) (See page 5 of the instructions)

#### Section A

| | | |
|---|---|---|
| 17 MACRS deductions for assets placed in service in tax years beginning before 2004 | 17 | 1,155. |
| 18 If you are electing under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

#### Section B — Assets Placed in Service During 2004 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only – see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | 6,422. | 5 | HY | 200 DB | 1,284. |
| c 7-year property | | 1,707. | 7 | HY | 200 DB | 244. |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM. | S/L | |

#### Section C — Assets Placed in Service During 2004 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 40-year | | | 40 yrs. | MM | S/L | |

### Part IV — Summary (See page 7 of the instructions.)

| | | | |
|---|---|---|---|
| 21 Listed property. Enter amount from line 28 | | 21 | |
| 22 Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations -- see instructions | | 22 | 2,683. |
| 23 For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | | |

For Paperwork Reduction Act Notice, see the instructions.    Cat. No. 12906N    445821    Copyright TAXSIMPLE JYA    Form **4562** (2004)

6

Name : TAMPA BAY 1 LLC                                          ID # 59-3591504

Attachment to Other Expenses

| | |
|---|---:|
| Write-off of Costs of Unexecuted Leases | 50,027. |
| Temporary Help | 20,752. |
| Travel & Lodging | 51,042. |
| Dues & Subscriptions | 5,609. |
| Meals and Entertainment (less 50% non-deductible) | 11,425. |
| Permits and Fees | 887. |
| Write-off of Abandoned Architectural Designs | 458,500. |
| Miscellaneous | 21,714. |
| Amortization Deferred Finance Costs | 14,056. |
| SUI | 60. |
| Health and Welfare | 23,037. |
| Worker's Compensation | 1,550. |
| General and Administrative | 26,397. |
| Total | 685,056. |

Name : TAMPA BAY 1 LLC                                          ID # 59-3591504

Attachment to TAXES

| | |
|---|---:|
| Real Estate Taxes | 87,667. |
| FICA Expenses | 11,731. |
| State of Florida LLC Tax | 432. |
| Total | 99,830. |

**SCHEDULE K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0099

**2004**

Tax year beginning __01/01/__ , 2004
and ending __12/31/__ , 20 __04__

**Partner's Share of Income, Deductions,**
**Credits, etc.**   ► See back of form and separate instructions.

| **Part III** | **Partner's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

| | | |
|---|---|---|
| **1** Ordinary business income (loss) | | **15** Credits & credit recapture |
| **2** Net rental real estate income (loss) -1,995,033. | | |
| **3** Other net rental income (loss) | | **16** Foreign transactions |
| **4** Guaranteed payments | | |
| **5** Interest income | | |
| **6a** Ordinary dividends | | |
| **6b** Qualified dividends | | |
| **7** Royalties | | |
| **8** Net short-term capital gain (loss) | | |
| **9a** Net long-term capital gain (loss) | | **17** Alternative minimum tax (AMT) items |
| **9b** Collectibles (28%) gain (loss) | | A    93. |
| **9c** Unrecaptured section 1250 gain | | |
| **10** Net section 1231 gain (loss) | | **18** Tax-exempt income and nondeductible expenses |
| **11** Other income (loss) | | |
| | | **19** Distributions |
| **12** Section 179 deduction | | |
| **13** Other deductions | | **20** Other information |
| | | A    63,122. |
| **14** Self-employment earnings (loss) | | |

**Part I  Information About the Partnership**

**A** Partnership's employer identification number
59-3591504

**B** Partnership's name, address, city, state, and ZIP code
TAMPA BAY 1 LLC
C/O BROMLEY COMPANIES 120 5TH AVENUE
NEW YORK NY 10011

**C** IRS Center where partnership filed return
ATLANTA

**D** ☐ Check if this is a publicly traded partnership (PTP)
**E** ☐ Tax shelter registration number, if any _____
**F** ☐ Check if Form 8271 is attached

**Part II  Information About the Partner**

**G** Partner's identifying number
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         #1

**H** Partner's name, address, city, state, and ZIP code
WILLIAM L HAINES
1120 FIFTH AVENUE

NEW YORK          NY 10128

**I** ☐ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**J** ☒ Domestic partner   ☐ Foreign partner

**K** What type of entity is this partner? Active Ind

**L** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | % | 80.75 % |
| Loss | % | 80.75 % |
| Capital | % | 80.75 % |

**M** Partner's share of liabilities at year end:
| | | |
|---|---|---|
| Nonrecourse | $ | |
| Qualified nonrecourse financing | $ | 18,771,762. |
| Recourse | $ | |

**N** Partner's capital account analysis:
| | | |
|---|---|---|
| Beginning capital account | $ | -1,192,678. |
| Capital contributed during the year | $ | |
| Current year increase (decrease) | $ | -1,172,519. |
| Withdrawals & distributions | $ ( | ) |
| Ending capital account | $ | -2,365,197. |

☐ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

*****See attached statement for additional information.**

For
IRS
Use
Only

For Privacy Act and Paperwork Reduction Act Notice, see instructions for Form 1065.   Cat. No. 11394R   **Schedule K-1 (Form 1065) 2004**

41065K11   Copyright TAX$IMPLE.JYA

8

Schedule K-1 (Form 1065) 2004

## Line 1  Ordinary business income (loss).
Passive loss . . . . . . . . . . . . _____
Passive income . . . . . . . . . . . _____
Nonpassive loss . . . . . . . . . . . _____
Nonpassive income . . . . . . . . . _____

## Line 11  Other income(loss)
A  Other portfolio income (loss) . . . _____
B  Involuntary conversions . . . . . _____
C  Sec. 1256 contracts & straddles . . _____
D  Mining exploration costs recapture . _____
E  Cancellation of debt . . . . . . . _____
F  Other income (loss) . . . . . . . _____

## Line 13  Other deductions
A  Cash contributions (50%) . . . . _____63,122._
B  Cash contributions (30%) . . . . _____
C  Noncash contributions (50%) . . . _____
D  Noncash contributions (30%) . . . _____
E  Capital gain property to a 50%
   organization (30%) . . . . . . . _____
F  Capital gain property (20%) . . . _____
G  Deductions—portfolio (2% floor) . _____
H  Deductions—portfolio (other) . . . _____
I  Investment interest expense . . . _____
J  Deductions–royalty income . . . . _____
K  Section 59(e)(2) expenditures . . _____
L  Amounts paid for medical insurance _____
M  Educational assistance benefits . . _____
N  Dependent care benefits . . . . . _____
O  Preproductive period expenses . . _____
P  Commercial revitalization deduction
   from rental real estate activities . _____
Q  Penalty on early withdrawal of savings _____
R  Pensions and IRAs . . . . . . . _____
S  Reforestation expense deduction . . _____
T  Other deductions . . . . . . . . _____

## Line 14  Self-employment earnings(loss)
A  Net earnings (loss) from self-employment _____
B  Gross farming or fishing income . _____
C  Gross non-farm income . . . . . _____

## Line 15  Credits & credit recapture
A  Low-income housing credit (section 42(j)(5)) _____
B  Low-income housing credit (other) _____
C  Qualified rehabilitation expenditures
   (rental real estate) . . . . . . . _____
D  Qualified rehabilitation expenditures
   (other than rental real estate) . . _____
E  Basis of energy property . . . . _____
F  Qualified timber property . . . . _____
G  Other rental real estate credits . . _____
H  Other rental credits . . . . . . . _____
I  Undistributed capital gains credit _____
J  Work opportunity credit . . . . . _____
K  Welfare-to-work credit . . . . . _____
L  Disabled access credit . . . . . _____
M  Empowerment zone and renewal
   community employment credit . . _____
N  New York Liberty Zone
   business employee credit . . . . _____
O  New markets credit . . . . . . . _____

P  Credit for employer social security
   and Medicare taxes . . . . . . . _____
Q  Backup withholding . . . . . . . _____
R  Recapture of low-income housing credit
   (section 42(j)(5)) _____
S  Recapture of low-income housing credit (other) _____
T  Recapture of investment credit . . . . . . _____
U  Other credits . . . . . . . . . . . _____
V  Recapture of other credits . . . . . . . . _____

## Line 16  Foreign transactions
A  Name of country or U.S. possession . . . _____
B  Gross income from all sources . . . . . . _____
C  Gross income sourced at partner level . . . _____
D  Passive . . . . . . . . . . . . . . . _____
E  Listed categories . . . . . . . . . . . _____
F  General limitation . . . . . . . . . . . _____
G  Interest expense . . . . . . . . . . . . _____
H  Other . . . . . . . . . . . . . . . . _____
I  Passive . . . . . . . . . . . . . . . _____
J  Listed categories . . . . . . . . . . . _____
K  General limitation . . . . . . . . . . . _____
L  Total foreign taxes paid . . . . . . . . _____
M  Total foreign taxes accrued . . . . . . . _____
N  Reduction in taxes available for credit . . . _____
O  Foreign trading gross receipts . . . . . . _____
P  Extraterritorial income exclusion . . . . . _____
Q  Other foreign transactions . . . . . . . . _____

## Line 17  Alternative minimum tax(AMT) items
A  Post-1986 depreciation adjustment . . . . _____93.
B  Adjusted gain or loss . . . . . . . . . . _____
C  Depletion (other than oil & gas) . . . . . . _____
D  Oil, gas, & geothermal—gross income . . . _____
E  Oil, gas, & geothermal—deductions . . . _____
F  Other AMT items . . . . . . . . . . . . _____

## Line 18  Tax-exempt income and non deductible expenses
A  Tax-exempt interest income . . . . . . . _____
B  Other tax-exempt income . . . . . . . . _____
C  Nondeductible expenses . . . . . . . . _____

## Line 19  Distributions
A  Cash and marketable securities. . . . . . _____
B  Other property . . . . . . . . . . . . . _____

## Line 20  Other information
A  Investment income . . . . . . . . . . . _____
B  Investment expenses . . . . . . . . . . _____
C  Fuel tax credit information . . . . . . . . _____
D  Look-back interest—completed long-term contracts _____
E  Look-back interest—income forecast method . . . _____
F  Dispositions of property with section 179 deductions _____
G  Recapture of section 179 deduction . . . _____
H  Special basis adjustments . . . . . . . . _____
I  Section 453(l)(3) information . . . . . . . _____
J  Section 453A(c) information . . . . . . . _____
K  Section 1260(b) information . . . . . . . _____
L  Interest allocable to production expenditures _____
M  CCF nonqualified withdrawals . . . . . . _____
N  Information needed to figure depletion—oil and gas _____
O  Amortization of reforestation costs . . . . _____
P  Unrelated business taxable income . . . . _____
Q  Other information . . . . . . . . . . . _____

9

4106SK13    Copyright TAX$IMPLE JYA

**SCHEDULE K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

2004

Tax year beginning  01/01/ , 2004
and ending  12/31/ , 20 04

**Partner's Share of Income, Deductions, Credits, etc.**   ► See back of form and separate instructions.

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0099

| | |
|---|---|
| **Part III** | **Partner's Share of Current Year Income, Deductions, Credits, and Other Items** |

| 1 Ordinary business income (loss) | 15 Credits & credit recapture |
|---|---|
| 2 Net rental real estate income (loss) **−352,065.** | |
| 3 Other net rental income (loss) | 16 Foreign transactions |
| 4 Guaranteed payments | |
| 5 Interest income | |
| 6a Ordinary dividends | |
| 6b Qualified dividends | |
| 7 Royalties | |
| 8 Net short-term capital gain (loss) | |
| 9a Net long-term capital gain (loss) | 17 Alternative minimum tax (AMT) items |
| 9b Collectibles (28%) gain (loss) | A              16. |
| 9c Unrecaptured section 1250 gain | |
| 10 Net section 1231 gain (loss) | 18 Tax-exempt income and nondeductible expenses |
| 11 Other income (loss) | |
| | |
| | |
| 12 Section 179 deduction | 19 Distributions |
| 13 Other deductions | |
| A              11,139. | 20 Other information |
| 14 Self-employment earnings (loss) | |

**Part I   Information About the Partnership**

**A** Partnership's employer identification number
59-3591504

**B** Partnership's name, address, city, state, and ZIP code
TAMPA BAY 1 LLC
C/O BROMLEY COMPANIES 120 5TH AVENUE
NEW YORK NY 10011

**C** IRS Center where partnership filed return
ATLANTA

**D** ☐ Check if this is a publicly traded partnership (PTP)
**E** Tax shelter registration number, if any _____
**F** ☐ Check if Form 8271 is attached

**Part II   Information About the Partner**

**G** Partner's identifying number
#3

**H** Partner's name, address, city, state, and ZIP code
THE HAINES ORGANIZATION LLC
C/O BROMLEY COMPANIES
120 FIFTH AVENUE
NEW YORK        NY 10011

**I** ☐ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**J** ☒ Domestic partner   ☐ Foreign partner

**K** What type of entity is this partner? Other

**L** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | % | 14.25 % |
| Loss | % | 14.25 % |
| Capital | % | 14.25 % |

**M** Partner's share of liabilities at year end:
| | | |
|---|---|---|
| Nonrecourse | $ | |
| Qualified nonrecourse financing | $ | 3,312,664. |
| Recourse | $ | |

*See attached statement for additional information.

**N** Partner's capital account analysis:
| | | |
|---|---|---|
| Beginning capital account | $ | −628,784. |
| Capital contributed during the year | $ | |
| Current year increase (decrease) | $ | −206,915. |
| Withdrawals & distributions | $ ( | ) |
| Ending capital account | $ | −835,699. |

For
IRS
Use
Only

☐ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.    Cat. No. 11394R    **Schedule K-1 (Form 1065) 2004**

41065K11   Copyright TAXSIMPLE JYA

10

Schedule K-1 (Form 1065) 2004

**Line 1  Ordinary business income (loss),**
Passive loss . . . . . . . . . . . _____
Passive income . . . . . . . . . . _____
Nonpassive loss . . . . . . . . . _____
Nonpassive income . . . . . . . . _____

**Line 11  Other income(loss)**
A  Other portfolio income (loss) . . . _____
B  Involuntary conversions . . . . . _____
C  Sec. 1256 contracts & straddles . . _____
D  Mining exploration costs recapture . _____
E  Cancellation of debt . . . . . . _____
F  Other income (loss) . . . . . . . _____

**Line 13  Other deductions**
A  Cash contributions (50%) . . . .  11,139.
B  Cash contributions (30%) . . . . _____
C  Noncash contributions (50%) . . . _____
D  Noncash contributions (30%) . . . _____
E  Capital gain property to a 50%
    organization (30%) . . . . . . _____
F  Capital gain property (20%) . . . _____
G  Deductions--portfolio (2% floor) . _____
H  Deductions--portfolio (other) . . . _____
I  Investment interest expense . . . _____
J  Deductions--royalty income . . . _____
K  Section 59(e)(2) expenditures . . _____
L  Amounts paid for medical insurance _____
M  Educational assistance benefits . . _____
N  Dependent care benefits . . . . _____
O  Preproductive period expenses . . _____
P  Commercial revitalization deduction
    from rental real estate activities . _____
Q  Penalty on early withdrawal of savings _____
R  Pensions and IRAs . . . . . . . _____
S  Reforestation expense deduction . . _____
T  Other deductions . . . . . . . . _____

**Line 14  Self-employment earnings(loss)**
A  Net earnings (loss) from self-employment _____
B  Gross farming or fishing income . _____
C  Gross non-farm income . . . . . _____

**Line 15  Credits & credit recapture**
A  Low-income housing credit (section 42(j)(5)) _____
B  Low-income housing credit . . . . _____
C  Qualified rehabilitation expenditures
    (rental real estate) . . . . . . _____
D  Qualified rehabilitation expenditures
    (other than rental real estate) . . _____
E  Basis of energy property . . . . _____
F  Qualified timber property . . . . _____
G  Other rental real estate credits . . _____
H  Other rental credits . . . . . . _____
I  Undistributed capital gains credit . _____
J  Work opportunity credit . . . . . _____
K  Welfare-to-work credit . . . . . _____
L  Disabled access credit . . . . . _____
M  Empowerment zone and renewal
    community employment credit . . _____
N  New York Liberty Zone
    business employee credit . . . . _____
O  New markets credit . . . . . . . _____

P  Credit for employer social security
    and Medicare taxes . . . . . . _____
Q  Backup withholding . . . . . . . _____
R  Recapture of low-income housing credit
    (section 42(j)(5)) . . . . . . . _____
S  Recapture of low-income housing credit (other) _____
T  Recapture of investment credit . . . _____
U  Other credits . . . . . . . . . _____
V  Recapture of other credits . . . . _____

**Line 16  Foreign transactions**
A  Name of country or U.S. possession . . _____
B  Gross income from all sources . . . _____
C  Gross income sourced at partner level _____
D  Passive . . . . . . . . . . . _____
E  Listed categories . . . . . . . . _____
F  General limitation . . . . . . . _____
G  Interest expense . . . . . . . . _____
H  Other . . . . . . . . . . . . _____
I  Passive . . . . . . . . . . . _____
J  Listed categories . . . . . . . . _____
K  General limitation . . . . . . . _____
L  Total foreign taxes paid . . . . . _____
M  Total foreign taxes accrued . . . . _____
N  Reduction in taxes available for credit . . _____
O  Foreign trading gross receipts . . . _____
P  Extraterritorial income exclusion . . . _____
Q  Other foreign transactions . . . . _____

**Line 17  Alternative minimum tax(AMT) items**
A  Post-1986 depreciation adjustment . . . .  16.
B  Adjusted gain or loss . . . . . . _____
C  Depletion (other than oil & gas) . . . . _____
D  Oil, gas, & geothermal--gross income _____
E  Oil, gas, & geothermal--deductions . . _____
F  Other AMT items . . . . . . . . _____

**Line 18  Tax-exempt income and non deductible expenses**
A  Tax-exempt interest income . . . . . _____
B  Other tax-exempt income . . . . . _____
C  Nondeductible expenses . . . . . . _____

**Line 19  Distributions**
A  Cash and marketable securities . . . . _____
B  Other property . . . . . . . . . _____

**Line 20  Other information**
A  Investment income . . . . . . . . _____
B  Investment expenses . . . . . . . _____
C  Fuel tax credit information . . . . . _____
D  Look-back interest--completed long-term contracts _____
E  Look-back interest--income forecast method . . _____
F  Dispositions of property with section 179 deductions _____
G  Recapture of section 179 deduction . . . _____
H  Special basis adjustments . . . . . _____
I  Section 453(l)(3) information . . . . _____
J  Section 453A(c) information . . . . _____
K  Section 1260(b) information . . . . . _____
L  Interest allocable to production expenditures _____
M  CCF nonqualified withdrawals . . . . _____
N  Information needed to figure depletion--oil and gas _____
O  Amortization of reforestation costs . . . _____
P  Unrelated business taxable income . . . _____
Q  Other information . . . . . . . . _____

11

**Line 1 Ordinary business income (loss).**
Passive loss . . . . . . . . . . . _____
Passive income . . . . . . . . . _____
Nonpassive loss . . . . . . . . _____
Nonpassive income . . . . . . . _____

**Line 11 Other income(loss)**
A Other portfolio income (loss) . . . _____
B Involuntary conversions . . . . . _____
C Sec. 1256 contracts & straddles . . . _____
D Mining exploration costs recapture . _____
E Cancellation of debt . . . . . . . _____
F Other income (loss) . . . . . . . _____

**Line 13 Other deductions**
A Cash contributions (50%) . . . . 3,908.
B Cash contributions (30%) . . . . _____
C Noncash contributions (50%) . . . _____
D Noncash contributions (30%) . . . _____
E Capital gain property to a 50%
   organization (30%) . . . . . . . _____
F Capital gain property (20%) . . . _____
G Deductions—portfolio (2% floor) . _____
H Deductions—portfolio (other) . . . _____
I Investment interest expense . . . _____
J Deductions royalty income . . . . _____
K Section 59(e)(2) expenditures . . . _____
L Amounts paid for medical insurance _____
M Educational assistance benefits . . _____
N Dependent care benefits . . . . _____
O Preproductive period expenses . . _____
P Commercial revitalization deduction
   from rental real estate activities . _____
Q Penalty on early withdrawal of savings _____
R Pensions and IRAs . . . . . . . _____
S Reforestation expense deduction . . _____
T Other deductions . . . . . . . . _____

**Line 14 Self-employment earnings(loss)**
A Net earnings (loss) from self-employment _____
B Gross farming or fishing income . _____
C Gross non-farm income . . . . . _____

**Line 15 Credits & credit recapture**
A Low-income housing credit (section 42(J)(5)) _____
B Low-income housing credit (other) _____
C Qualified rehabilitation expenditures
   (rental real estate) . . . . . . . _____
D Qualified rehabilitation expenditures
   (other than rental real estate) . . . _____
E Basis of energy property . . . . _____
F Qualified timber property . . . . _____
G Other rental real estate credits . . _____
H Other rental credits . . . . . . . _____
I Undistributed capital gains credit _____
J Work opportunity credit . . . . . _____
K Welfare-to-work credit . . . . . _____
L Disabled access credit . . . . . _____
M Empowerment zone and renewal
   community employment credit . . _____
N New York Liberty Zone
   business employee credit . . . . _____
O New markets credit . . . . . . . _____

P Credit for employer social security
   and Medicare taxes . . . . . . . _____
Q Backup withholding . . . . . . . _____
R Recapture of low-income housing credit
   (section 42(j)(5)) . . . . . . . . _____
S Recapture of low-income housing credit (other) _____
T Recapture of investment credit . . . . . . _____
U Other credits . . . . . . . . . . _____
V Recapture of other credits . . . . . . . _____

**Line 16 Foreign transactions**
A Name of country or U.S. possession . . . _____
B Gross income from all sources . . . . . _____
C Gross income sourced at partner level . . . _____
D Passive . . . . . . . . . . . . . _____
E Listed categories . . . . . . . . _____
F General limitation . . . . . . . . _____
G Interest expense . . . . . . . . _____
H Other . . . . . . . . . . . . . _____
I Passive . . . . . . . . . . . . . _____
J Listed categories . . . . . . . . _____
K General limitation . . . . . . . . _____
L Total foreign taxes paid . . . . . _____
M Total foreign taxes accrued . . . . _____
N Reduction in taxes available for credit . . . _____
O Foreign trading gross receipts . . . . . _____
P Extraterritorial income exclusion . . . . . _____
Q Other foreign transactions . . . . . . . _____

**Line 17 Alternative minimum tax(AMT) items**
A Post-1986 depreciation adjustment . . . . 6.
B Adjusted gain or loss . . . . . . . _____
C Depletion (other than oil & gas) . . . . . . _____
D Oil, gas, & geothermal—gross income . . . _____
E Oil, gas, & geothermal—deductions . . . _____
F Other AMT items . . . . . . . . _____

**Line 18 Tax-exempt income and non deductible expenses**
A Tax-exempt interest income . . . . . . . _____
B Other tax-exempt income . . . . . . . _____
C Nondeductible expenses . . . . . . . . _____

**Line 19 Distributions**
A Cash and marketable securities . . . . . _____
B Other property . . . . . . . . . _____

**Line 20 Other information**
A Investment income . . . . . . . . _____
B Investment expenses . . . . . . . ( _____ )
C Fuel tax credit information . . . . . . . _____
D Look-back interest—completed long-term contracts _____
E Look-back interest—income forecast method . . . _____
F Dispositions of property with section 179 deductions _____
G Recapture of section 179 deduction . . . _____
H Special basis adjustments . . . . . . . _____
I Section 453(l)(3) information . . . . . . . _____
J Section 453A(c) information . . . . . . . _____
K Section 1260(b) information . . . . . . . _____
L Interest allocable to production expenditures . . . _____
M CCF nonqualified withdrawals . . . . . _____
N Information needed to figure depletion—oil and gas _____
O Amortization of reforestation costs . . . _____
P Unrelated business taxable income . . . . _____
Q Other information . . . . . . . . _____

12

41065K13    Copyright TAX$IMPLE JYA

# SCHEDULE K-1
## (Form 1065)
Department of the Treasury
Internal Revenue Service

**2004**

Tax year beginning _01/01/_ , 2004
and ending _12/31/_ , 20 _04_

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See back of form and separate instructions.

| Final K-1 | | Amended K-1 | | OMB No. 1545-0099 |

### Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

## Part I  Information About the Partnership

**A** Partnership's employer identification number
59-3591504

**B** Partnership's name, address, city, state, and ZIP code
TAMPA BAY 1 LLC
C/O BROMLEY COMPANIES 120 5TH AVENUE
NEW YORK NY 10011

**C** IRS Center where partnership filed return
ATLANTA

**D** ☐ Check if this is a publicly traded partnership (PTP)
**E** Tax shelter registration number, if any _____
**F** ☐ Check if Form 8271 is attached

## Part II  Information About the Partner

**G** Partner's identifying number
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                    #2

**H** Partner's name, address, city, state, and ZIP code
RICHARD SHARKEN
5 EAST 53RD STREET

BRANT BEACH        NJ 08008

**I** ☐ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**J** ☒ Domestic partner    ☐ Foreign partner

**K** What type of entity is this partner? Active Ind

**L** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | % | 5.00 % |
| Loss | % | 5.00 % |
| Capital | % | 5.00 % |

**M** Partner's share of liabilities at year end:
Nonrecourse . . . . . . . . $ _____
Qualified nonrecourse financing $ 1,162,338.
Recourse . . . . . . . . $ _____

**N** Partner's capital account analysis:
Beginning capital account . . . $ -220,626.
Capital contributed during the year $ _____
Current year increase (decrease) . $ -72,602.
Withdrawals & distributions . . $ ( _____ )
Ending capital account . . . . $ -293,228.

☐ Tax basis  ☐ GAAP  ☐ Section 704(b) book
☐ Other (explain)

| 1 | Ordinary business income (loss) | | 15 | Credits & credit recapture | |
|---|---|---|---|---|---|
| 2 | Net rental real estate income (loss) | -123,531. | | | |
| 3 | Other net rental income (loss) | | 16 | Foreign transactions | |
| 4 | Guaranteed payments | | | | |
| 5 | Interest income | | | | |
| 6a | Ordinary dividends | | | | |
| 6b | Qualified dividends | | | | |
| 7 | Royalties | | | | |
| 8 | Net short-term capital gain (loss) | | | | |
| 9a | Net long-term capital gain (loss) | | 17 | Alternative minimum tax (AMT) items | |
| 9b | Collectibles (28%) gain (loss) | | A | | 6. |
| 9c | Unrecaptured section 1250 gain | | | | |
| 10 | Net section 1231 gain (loss) | | 18 | Tax-exempt income and nondeductible expenses | |
| 11 | Other income (loss) | | | | |
| | | | | | |
| | | | 19 | Distributions | |
| 12 | Section 179 deduction | | | | |
| 13 | Other deductions | | 20 | Other information | |
| | | | A | 3,908. | |
| 14 | Self-employment earnings (loss) | | | | |

**\*See attached statement for additional information.**

For IRS Use Only

For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.    Cat. No. 11394R    Schedule K-1 (Form 1065) 2004

41065K11   Copyright TAX$IMPLE JYA

13

# EXHIBIT B

Date: 2/8/2006 — Tampa Bay 1 LLC — Page: 1

## Income Statement With Budget Comparison
### For 1/1/2005 To 12/31/2005

| ACCT NUM | | CURRENT PERIOD | % INCOME | CURRENT BUDGET | % INCOME | ACTUAL YTD | % INCOME | BUDGET YTD | % INCOME |
|---|---|---|---|---|---|---|---|---|---|
| | **REVENUE** | | | | | | | | |
| 6103 | Rent Income-Comm. | ($3,000.00) | (372.55) | $4,500.00 | 100.00 | $9,000.00 | 70.11 | $54,000.00 | 100.00 |
| 6410 | Miscellaneous Income | 3,805.26 | 472.55 | 0.00 | 0.00 | 3,836.76 | 29.89 | 0.00 | 0.00 |
| | **TOTAL REVENUE** | 805.26 | 100.00 | 4,500.00 | 100.00 | 12,836.76 | 100.00 | 54,000.00 | 100.00 |
| | **EXPENSES** | | | | | | | | |
| | **PAYROLL EXPENSES** | | | | | | | | |
| 7111 | Management Payroll | $84,744.39 | 10523.85 | $19,916.63 | 442.59 | $299,359.39 | 2332.05 | $239,000.00 | 442.59 |
| 7121 | FICA Expense | 0.00 | 0.00 | 958.37 | 21.30 | 9,778.00 | 76.17 | 11,500.00 | 21.30 |
| 7122 | State Unemployment Ins. | 0.01 | 0.00 | 0.00 | 0.00 | 322.97 | 2.52 | 0.00 | 0.00 |
| 7123 | Workers Comp.Insurance | (58.37) | (7.25) | 133.37 | 2.96 | 1,500.00 | 11.69 | 1,600.00 | 2.96 |
| 7126 | Health & welfare | 565.71 | 70.25 | 2,000.00 | 44.44 | 18,693.66 | 145.63 | 24,000.00 | 44.44 |
| 7130 | Temporary Help | 0.00 | 0.00 | 0.00 | 0.00 | 705.50 | 5.50 | 0.00 | 0.00 |
| 7136 | Group LT Disability | 0.00 | 0.00 | 0.00 | 0.00 | 555.36 | 4.33 | 0.00 | 0.00 |
| | **TOTAL PAYROLL** | $85,251.74 | 10586.86 | $23,008.37 | 511.30 | $330,914.88 | 2577.87 | $276,100.00 | 511.30 |
| | **REPLACEMENT COSTS** | | | | | | | | |
| 7202 | Furniture/Fixture Replacement | ($1,324.68) | (164.50) | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 |
| | **TOTAL REPLACEMENT COS** | ($1,324.68) | (164.50) | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 |
| | **REPAIRS & MAINTENANCE** | | | | | | | | |
| 7317 | Hardware | $0.00 | 0.00 | $8.37 | 0.19 | $0.00 | 0.00 | $100.00 | 0.19 |
| 7318 | Glass/Windows | 0.00 | 0.00 | 16.63 | 0.37 | 0.00 | 0.00 | 200.00 | 0.37 |
| 7321 | HVAC Maint. & Repairs | 0.00 | 0.00 | 83.37 | 1.85 | 0.00 | 0.00 | 1,000.00 | 1.85 |
| 7325 | Outdoor Landscaping | 0.00 | 0.00 | 183.37 | 4.08 | 1,325.00 | 10.32 | 2,200.00 | 4.07 |
| 7327 | Air Monitoring | 0.00 | 0.00 | 0.00 | 0.00 | (0.53) | 0.00 | 0.00 | 0.00 |
| 7355 | Miscellaneous Property | 158.19 | 19.65 | 233.37 | 5.19 | 1,997.69 | 15.56 | 2,800.00 | 5.19 |
| 7370 | Trash Removal | (627.79) | (77.96) | 41.63 | 0.93 | 0.00 | 0.00 | 500.00 | 0.93 |
| | **TOTAL REPAIRS & MAINT.** | ($469.60) | (58.32) | $566.74 | 12.59 | $3,322.16 | 25.88 | $6,800.00 | 12.59 |
| | **GENERAL & ADMIN EXPENSE** | | | | | | | | |
| 7410 | Office Expense-Other | $14.97 | 1.86 | $191.63 | 4.26 | $1,616.14 | 12.59 | $2,300.00 | 4.26 |
| 7411 | Office Supplies.Sta.,Prtng, | 253.00 | 31.42 | 158.37 | 3.52 | 2,066.08 | 16.10 | 1,900.00 | 3.52 |
| 7415 | Postage | 562.47 | 69.85 | 183.37 | 4.08 | 4,247.70 | 33.09 | 2,200.00 | 4.07 |
| 7427 | Svs.Contracts&Office Equip. | 177.34 | 22.02 | 175.00 | 3.89 | 2,670.78 | 20.81 | 2,100.00 | 3.89 |
| 7441 | Contributions | 4,228.00 | 525.05 | 7,341.63 | 163.15 | 47,748.00 | 371.96 | 88,100.00 | 163.15 |
| 7445 | Computer Software | 0.00 | 0.00 | 16.63 | 0.37 | 0.00 | 0.00 | 200.00 | 0.37 |
| 7446 | E Commerce-Web Developme | 0.00 | 0.00 | 0.00 | 0.00 | 7,758.25 | 60.44 | 0.00 | 0.00 |
| 7447 | Network Maintenance | 0.00 | 0.00 | 50.00 | 1.11 | 151.95 | 1.18 | 600.00 | 1.11 |
| 7450 | Dues & Subscriptions | (6,560.00) | (814.64) | 341.63 | 7.59 | 5,100.95 | 39.74 | 4,100.00 | 7.59 |
| 7470 | Travel & Lodging | 3,987.60 | 495.19 | 3,000.00 | 66.67 | 41,562.38 | 323.78 | 36,000.00 | 66.67 |

Date: 2/8/2006

**Tampa Bay 1 LLC**
**Income Statement With Budget Comparison**
**For 1/1/2005 To 12/31/2005**

Page: 2

| ACCT NUM | | CURRENT PERIOD | % INCOME | CURRENT BUDGET | % INCOME | ACTUAL YTD | % INCOME | BUDGET YTD | % INCOME |
|---|---|---|---|---|---|---|---|---|---|
| 7471 | Meals & Entertainmant | (643.47) | (79.91) | 1,691.63 | 37.59 | 12,626.12 | 98.36 | 20,300.00 | 37.59 |
| 7486 | Advertising & Promotion | 12,000.00 | 1490.20 | 21,083.37 | 468.52 | 129,290.90 | 1007.19 | 253,000.00 | 468.52 |
| 7490 | Miscellaneous | 4,978.23 | 618.21 | 250.00 | 5.56 | 16,320.83 | 127.14 | 3,000.00 | 5.56 |
| | TOTAL GENERAL & ADMIN | $18,998.14 | 2359.26 | $34,483.26 | 766.30 | $271,160.02 | 2112.37 | $413,800.00 | 766.30 |
| | OTHER OPERATING | | | | | | | | |
| 7502 | Permits & Fees | $0.00 | 0.00 | $83.37 | 1.85 | $660.00 | 5.14 | $1,000.00 | 1.85 |
| 7504 | Professional Fees | 21,515.52 | 2671.87 | 0.00 | 0.00 | 92,887.10 | 723.45 | 17,800.00 | 32.96 |
| 7508 | Insurance | 7,256.51 | 901.14 | 416.63 | 9.26 | 12,023.14 | 93.66 | 5,000.00 | 9.26 |
| | TOTAL OTHER OPERATING | $28,772.03 | 3573.01 | $500.00 | 11.11 | $105,550.24 | 822.25 | $23,800.00 | 44.07 |
| | UTILITIES | | | | | | | | |
| 7620 | Water & Sewer | ($1,474.81) | (183.15) | $50.00 | 1.11 | $488.31 | 3.80 | $600.00 | 1.11 |
| 7630 | Electric | 0.00 | 0.00 | 100.00 | 2.22 | 0.00 | 0.00 | 1,200.00 | 2.22 |
| 7640 | Telephone | 596.89 | 74.12 | 725.00 | 16.11 | 9,754.43 | 75.99 | 8,700.00 | 16.11 |
| 7650 | TV Cable Service | 0.00 | 0.00 | 33.37 | 0.74 | 235.72 | 1.84 | 400.00 | 0.74 |
| | TOTAL UTILITIES | ($877.92) | (109.02) | $908.37 | 20.19 | $10,478.46 | 81.63 | $10,900.00 | 20.19 |
| | FOOD SERVICE | | | | | | | | |
| | TOTAL FOOD SERVICE | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 |
| | TAXES | | | | | | | | |
| 7801 | Real Estate Tax | $10,602.13 | 1316.61 | $9,750.00 | 216.67 | $108,599.76 | 846.01 | $117,000.00 | 216.67 |
| | TOTAL TAXES | $10,602.13 | 1316.61 | $9,750.00 | 216.67 | $108,599.76 | 846.01 | $117,000.00 | 216.67 |
| | FIXED & FINANCIAL | | | | | | | | |
| 8140 | Mortgage Interest | $23,636.79 | 2935.30 | $22,333.37 | 496.30 | $236,028.99 | 1838.68 | $266,000.00 | 496.30 |
| 8150 | Loan Interest | (5,446.70) | (676.39) | 0.00 | 0.00 | 1,343.32 | 10.47 | 0.00 | 0.00 |
| 8199 | Other Interest | 392,184.19 | 48702.80 | 42,833.37 | 951.85 | 732,890.33 | 5709.31 | 514,000.00 | 951.85 |
| | TOTAL FIXED & FINANCIAL | $410,374.28 | 50961.71 | $65,166.74 | 1448.15 | $970,260.64 | 7558.45 | $782,000.00 | 1448.15 |
| | TOTAL EXP.BEFORE DEP/AMC | 551,326.12 | 68465.60 | 134,383.48 | 2986.30 | 1,800,286.16 | 14024.46 | 1,630,400.00 | 3019.26 |
| | P & L BEFORE DEP. / AMORT. | ($550,520.86) | (68365.60) | ($129,883.48) | (2886.30) | ($1,787,449.40) | (13924.46) | ($1,576,400.00) | (2919.26) |
| | DEPRECIATION & AMORT. | | | | | | | | |
| 8801 | Depreciation - Tax | $1,090.40 | 135.41 | $1,083.37 | 24.08 | $3,382.03 | 26.35 | $13,000.00 | 24.07 |
| 8997 | Amort.-Deferred Finance Cost | 2,126.54 | 264.08 | 833.37 | 18.52 | 21,034.50 | 163.86 | 10,000.00 | 18.52 |

Date: 2/8/2006

**Tampa Bay 1 LLC**
**Income Statement With Budget Comparison**
**For 1/1/2005 To 12/31/2005**

Page: 3

| ACCT NUM | | CURRENT PERIOD | % INCOME | CURRENT BUDGET | % INCOME | ACTUAL YTD | % INCOME | BUDGET YTD | % INCOME |
|---|---|---|---|---|---|---|---|---|---|
| | TOTAL DEPREC. & AMORT. | $3,216.94 | 399.49 | $1,916.74 | 42.59 | $24,416.53 | 190.21 | $23,000.00 | 42.59 |
| | **INCOME/FRANCHISE TAX** | | | | | | | | |
| 9700 | State Corp. Taxes | $0.00 | 0.00 | $0.00 | 0.00 | $50.00 | 0.39 | $0.00 | 0.00 |
| 9705 | Local Corp. Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 381.74 | 2.97 | 0.00 | 0.00 |
| | TOTAL INCOME TAXES | $0.00 | 0.00 | $0.00 | 0.00 | $431.74 | 3.36 | $0.00 | 0.00 |
| | **SUSPENSE** | | | | | | | | |
| | TOTAL EXPENSES | ($554,543.06) | 68865.10) | ($136,300.22) | | (3028.89)($1,825,134.43) | | 14218.03)($1,653,400.00) | (3081.85 |
| | NET PROFIT/(LOSS) | ($553,737.80) | 68765.10) | ($131,800.22) | | (2928.89)($1,812,297.67) | | 14118.03)($1,599,400.00) | (2961.85 |

Form **1065**

Department of the Treasury
Internal Revenue Service

**U.S. Return of Partnership Income**

For calendar year 2005, or tax year beginning _____, 2005, and
ending _____, 20 ____.

► See separate instructions.

OMB No. 1545-0099

**2005**

**A** Principal business activity

REAL ESTATE

**B** Principal product or service

RENTAL

**C** Business code number

531120

Use the IRS label. Other-wise, print or type.

TAMPA BAY 1 LLC
C/O BROMLEY COMPANIES   120 5TH AVE   11FL
NEW YORK, NY 10011

**D** Employer identification number

59-3591504

**E** Date business started

8/01/1999

**F** Total assets (see instrs)

$       19,971,159.

**G** Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return

**H** Check accounting method: (1) ☐ Cash (2) ☒ Accrual (3) ☐ Other (specify) ►

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ............ ► 4

Caution: *Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.*

| | | | |
|---|---|---|---|
| **I N C O M E** | **1a** Gross receipts or sales ................................. | 1a | |
| | **b** Less returns and allowances ........................ | 1b | 1c |
| | **2** Cost of goods sold (Schedule A, line 8) ................................ | | 2 |
| | **3** Gross profit. Subtract line 2 from line 1c ................................ | | 3 |
| | **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) ............................................. | | 4 |
| | **5** Net farm profit (loss) *(attach Schedule F (Form 1040))* ................. | | 5 |
| | **6** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) ...... | | 6 |
| | **7** Other income (loss) (attach statement) ................................ | | 7 |
| | **8** Total income (loss). Combine lines 3 through 7 ......................... | | 8 |

DO NOT FILE

| | | | |
|---|---|---|---|
| **D E D U C T I O N S** (SEE INSTRUCTIONS FOR LIMITATIONS) | **9** Salaries and wages (other than to partners) (less employment credits) ...... | 9 | |
| | **10** Guaranteed payments to partners ................................ | 10 | |
| | **11** Repairs and maintenance ........................................ | 11 | |
| | **12** Bad debts ..................................................... | 12 | |
| | **13** Rent ......................................................... | 13 | |
| | **14** Taxes and licenses ............................................ | 14 | |
| | **15** Interest ...................................................... | 15 | |
| | **16a** Depreciation *(if required, attach Form 4562)* ............ 16a | | |
| | **b** Less depreciation reported on Schedule A and elsewhere on return ... 16b | 16c | |
| | **17** Depletion (Do not deduct oil and gas depletion.) ...................... | 17 | |
| | **18** Retirement plans, etc .......................................... | 18 | |
| | **19** Employee benefit programs ...................................... | 19 | |
| | **20** Other deductions (attach statement) ................................ | 20 | |
| | **21** Total deductions. Add the amounts shown in the far right column for lines 9 through 20 .. | 21 | |
| | **22** Ordinary business income (loss). Subtract line 21 from line 8 ............ | 22 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

► 

Signature of general partner or limited liability company manager

► 

Date

May the IRS discuss this return with the preparer shown below (see instrs)? ☐ Yes ☐ No

**Paid Preparer's Use Only**

| Preparer's signature | Self-Prepared | | Date | | Check if self-employed ► | Preparer's SSN or PTIN |
|---|---|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | ► | | | | EIN ► | |
| | | | | | Phone no | |

BAA  For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

PTPA0105L 12/28/05

Form **1065** (2005)

1

Form **1065** (2005)   TAMPA BAY 1 LLC 59-3591504                                                                 Page **2**

| **Schedule A** | **Cost of Goods Sold** (see the instructions) | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases less cost of items withdrawn for personal use | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs *(attach statement)* | 4 | |
| 5 | Other costs *(attach statement)* | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | |

9a Check all methods used for valuing closing inventory:

    (i) ☐ Cost as described in Regulations section 1.471-3

    (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4

    (iii) ☐ Other (specify method used and attach explanation) ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

  b Check this box if there was a writedown of 'subnormal' goods as described in Regulations section 1.471-2(c) ▶ ☐

  c Check this box if the LIFO inventory method was adopted this tax year for any goods. *(if checked, attach Form 970)* ▶ ☐

  d Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? ☐ **Yes** ☐ **No**

  e Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ **Yes** ☐ **No**

    If 'Yes', attach explanation

| **Schedule B** | **Other Information** | | **Yes** | **No** |
|---|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box: | | | |

  a ☐ Domestic general partnership    b ☐ Domestic limited partnership

  c ☒ Domestic limited liability company    d ☐ Domestic limited liability partnership

  e ☐ Foreign partnership    f ☐ Other ▶ _ _ _ _ _ _ _ _ _ _ _ _ _

| | | | Yes | No |
|---|---|---|---|---|
| 2 | Are any partners in this partnership also partnerships? | | X | |
| 3 | During the partnership's tax year, did the partnership own any interest in another partnership or in any foreign entity that was disregarded as an entity separate from its owner under Regulations sections 301.7701-2 and 301.7701-3? If yes, see instructions for required attachment. | | | X |
| 4 | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details. | | | X |
| 5 | Does this partnership meet all of the following requirements? | | | |
| a | The partnership's total receipts for the tax year were less than $250,000; | | | |
| b | The partnership's total assets at the end of the tax year were less than $600,000; and | | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | | |
| | If 'Yes,' the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or item N on Schedule K-1 | | | X |
| 6 | Does this partnership have any foreign partners? If 'Yes,' the partnership may have to file Forms 8804, 8805 and 8813. See the instructions | | | X |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | | X |
| 8 | Has this partnership filed, or is it required to file, a return under section 6111 to provide information on any reportable transaction? | | | X |
| 9 | At any time during calendar year 2005, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for Form TD F 90-22.1. If 'Yes,' enter the name of the foreign country. ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | X |
| 10 | During the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If 'Yes,' the partnership may have to file Form 3520. See the instructions. | | | X |
| 11 | Was there a distribution of property or a transfer (for example, by sale or death) of a partnership interest during the tax year? If 'Yes,' you may elect to adjust the basis of the partnership's assets under section 754 by attaching the statement described under *Elections Made By the Partnership* in the instructions. | | | X |
| 12 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ▶ 0 | | | |

### Designation of Tax Matters Partner (see the instructions)

Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

Name of designated TMP ▶ _____   Identifying number of TMP ▶ _____

Address of designated TMP ▶ _____



Form **1065** (2005)   **TAMPA BAY 1 LLC** 59-3591504   Page **3**

## Schedule K   Partners' Distributive Share Items

|  |  |  | Total amount |
|---|---|---|---|
| **1** Ordinary business income (loss) (page 1, line 22) | | **1** | |
| **2** Net rental real estate income (loss) (attach Form 8825) | | **2** | -1,764,181. |
| **3a** Other gross rental income (loss) | **3a** | | |
| **b** Expenses from other rental activities (attach stmt) | **3b** | | |
| **c** Other net rental income (loss). Subtract line 3b from line 3a | | **3c** | |
| **4** Guaranteed payments | | **4** | |
| **5** Interest income | | **5** | |
| **6** Dividends: **a** Ordinary dividends | | **6a** | |
| **b** Qualified dividends | **6b** | | |
| **7** Royalties | | **7** | |
| **8** Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | | **8** | |
| **9a** Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | | **9a** | |
| **b** Collectibles (28%) gain (loss) | **9b** | | |
| **c** Unrecaptured section 1250 gain (attach statement) | **9c** | | |
| **10** Net section 1231 gain (loss) (attach Form 4797) | | **10** | |
| **11** Other income (loss) (see instructions)   Type ▶ | | **11** | |
| **12** Section 179 deduction (attach Form 4562) | | **12** | |
| **13a** Contributions . . . . . . . . . . . . . . . . . . . . See Statement 1 | | **13a** | 47,748. |
| **b** Investment interest expense | | **13b** | |
| **c** Section 59(e)(2) expenditures: **(1)** Type ▶ _____ **(2)** Amount ▶ | | **13c (2)** | |
| **d** Other deductions (see instructions). Type ▶ | | **13d** | |
| **14a** Net earnings (loss) from self-employment | | **14a** | |
| **b** Gross farming or fishing income | | **14b** | |
| **c** Gross nonfarm income | | **14c** | |
| **15a** Low-income housing credit (section 42(j)(5)) | | **15a** | |
| **b** Low-income housing credit (other) | | **15b** | |
| **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | | **15c** | |
| **d** Other rental real estate credits (see instructions)   Type ▶ | | **15d** | |
| **e** Other rental credits (see instructions)   Type ▶ | | **15e** | |
| **f** Other credits and credit recapture (see instructions)   Type ▶ | | **15f** | |
| **16a** Name of country or U.S. possession ▶ | | | |
| **b** Gross income from all sources | | **16b** | |
| **c** Gross income sourced at partner level | | **16c** | |
| Foreign gross income sourced at partnership level | | | |
| **d** Passive ▶ _____ **e** Listed categories (attach statement) ▶ _____ **f** General limitation ▶ | | **16f** | |
| Deductions allocated and apportioned at partner level | | | |
| **g** Interest expense ▶ _____ **h** Other . . . . . . . . ▶ | | **16h** | |
| Deductions allocated and apportioned at partnership level to foreign source income | | | |
| **i** Passive ▶ _____ **j** Listed categories (attach statement) ▶ _____ **k** General limitation ▶ | | **16k** | |
| **l** Total foreign taxes (check one):   ▶ Paid   Accrued | | **16l** | |
| **m** Reduction in taxes available for credit (attach statement) | | **16m** | |
| **n** Other foreign tax information (attach statement) | | | |
| **17a** Post-1986 depreciation adjustment | | **17a** | -182. |
| **b** Adjusted gain or loss | | **17b** | |
| **c** Depletion (other than oil and gas) | | **17c** | |
| **d** Oil, gas, and geothermal properties — gross income | | **17d** | |
| **e** Oil, gas, and geothermal properties — deductions | | **17e** | |
| **f** Other AMT items (attach stmt) | | **17f** | |
| **18a** Tax-exempt interest income | | **18a** | |
| **b** Other tax-exempt income | | **18b** | |
| **c** Nondeductible expenses | | **18c** | |
| **19a** Distributions of cash and marketable securities | | **19a** | |
| **b** Distributions of other property | | **19b** | |
| **20a** Investment income | | **20a** | |
| **b** Investment expenses | | **20b** | |
| **c** Other items and amounts (attach stmt) | | | |

Row labels (left margin): Income (Loss); Deductions; Self-Employment; Credits & Credit Recapture; Foreign Transactions; Alternative Minimum Tax (AMT) Items; Other Information.

**BAA**   Form **1065** (2005)

Form **1065** (2005)    TAMPA BAY 1 LLC 59-3591504    Page **4**

## Analysis of Net Income (Loss)

| | | | | | | |
|---|---|---|---|---|---|---|
| **1** Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l . . . . . . . . . . . . . . | | | | | **1** | -1,811,929. |

| **2** Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| **a** General partners . . | | | | | | |
| **b** Limited partners | | -1,463,133. | -348,796. | | | |

**Note: Schedules L, M-1 and M-2 are not required if Question 5 of Schedule B is answered 'Yes.'**

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | (a) | (b) | (c) | (d) |
| **1** | Cash . . . . . . . . . . . . . . . . . . . . . . . . | | 13,311. | | 3,578. |
| **2a** | Trade notes and accounts receivable . . . . . . | 58,768. | | | |
| **b** | Less allowance for bad debts . . . . . . . . | | 58,768. | | |
| **3** | Inventories . . . . . . . . . . . . . . . . . . | | | | |
| **4** | U.S. government obligations . . . . . . . . . . | | | | |
| **5** | Tax-exempt securities . . . . . . . . . . . . . . | | | | |
| **6** | Other current assets (attach stmt) . . . See St. 2 | | 41,306. | | 32,438. |
| **7** | Mortgage and real estate loans . . . . . . . . . | | | | |
| **8** | Other investments (attach stmt) . . . . . . . . . | | | | |
| **9a** | Buildings and other depreciable assets . . . . | 17,033. | | 17,033. | |
| **b** | Less accumulated depreciation . . . . . . . . . | 8,935. | 8,098. | 12,317. | 4,716. |
| **10a** | Depletable assets . . . . . . . . . . . . . . . | | | | |
| **b** | Less accumulated depletion . . . . . . . . . . | | | | |
| **11** | Land (net of any amortization) . . . . . . . | | 9,979,847. | | 9,979,847. |
| **12a** | Intangible assets (amortizable only) . . . . . . | 50,855. | | 51,387. | |
| **b** | Less accumulated amortization . . . . . . . . | | 50,855. | | 51,387. |
| **13** | Other assets (attach stmt) . . . . See St. 3 | | 9,709,602. | | 9,899,193. |
| **14** | Total assets . . . . . . . . . . . . . . . . | | 19,861,787. | | 19,971,159. |
| | **Liabilities and Capital** | | | | |
| **15** | Accounts payable . . . . . . . . . . . . . . . . | | 109,147. | | 56,789. |
| **16** | Mortgages, notes, bonds payable in less than 1 year . . . | | 4,946,542. | | 4,960,205. |
| **17** | Other current liabilities (attach stmt) . . See St. 4 | | 18,300,222. | | 20,260,587. |
| **18** | All nonrecourse loans . . . . . . . . . . . . . | | | | |
| **19** | Mortgages, notes, bonds payable in 1 year or more . . | | | | |
| **20** | Other liabilities (attach stmt) . . . . . . . . . | | | | |
| **21** | Partners' capital accounts . . . . . . . . . . | | -3,494,124. | | -5,306,422. |
| **22** | Total liabilities and capital . . . . . . . . . . | | 19,861,787. | | 19,971,159. |

## Schedule M-1  Reconciliation of Income (Loss) per Books With Income (Loss) per Return

| | | | | |
|---|---|---|---|---|
| **1** Net income (loss) per books . . . . . . . | -1,812,298. | **6** | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| **2** Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | | **a** Tax-exempt interest $ _ _ _ _ _ _ _ | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| **3** Guaranteed pmts (other than health insurance) . . . | | **7** | Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize): | |
| **4** Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize): | | | **a** Depreciation $ _ _ _ _ _ _ _ | |
| **a** Depreciation . . . . $ _ _ _ _ _ 369. | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| **b** Travel and entertainment . . $ _ _ _ _ _ _ _ | | **8** | Add lines 6 and 7 . . . . . . . . . . | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 369. | **9** | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 . . . . | -1,811,929. |
| **5** Add lines 1 through 4 . . . . . . . . . | -1,811,929. | | | |

## Schedule M-2  Analysis of Partners' Capital Accounts

| | | | | |
|---|---|---|---|---|
| **1** Balance at beginning of year . . . . . . . . | -3,494,124. | **6** Distributions:  **a** Cash . . . . . . . . . . . | |
| **2** Capital contributed: **a** Cash . . . . . . . . . . | | **b** Property . . . . . . . . | |
| **b** Property . . . . . | | **7** Other decreases (itemize): _ _ _ _ _ _ _ _ _ | |
| **3** Net income (loss) per books . . . . . . . . | -1,812,298. | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| **4** Other increases (itemize): _ _ _ _ _ _ _ _ _ | | **8** Add lines 6 and 7 . . . . . . . . . . . | |
| **5** Add lines 1 through 4 . . . . . . . | -5,306,422. | **9** Balance at end of year. Subtract line 8 from line 5 . . | -5,306,422. |

4

| Form **8825** | **Rental Real Estate Income and Expenses of a Partnership or an S Corporation** | | OMB No. 1545-1186 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | ► See instructions. ► Attach to Form 1065, Form 1065-B, or Form 1120S. | | **2005** |

| Name | Employer identification number |
|---|---|
| TAMPA BAY 1 LLC | 59-3591504 |

**1** Show the kind and location of each property. See page 2 to list additional properties.

**A** TAMPA LAND AND BUILDING
    TAMPA. FL

**B**

**C**

**D**

|  |  | | Properties | | |
|---|---|---|---|---|---|
| **Rental Real Estate Income** | | **A** | **B** | **C** | **D** |
| **2** Gross rents | **2** | 12,837. | | | |
| **Rental Real Estate Expenses** | | | | | |
| **3** Advertising | **3** | 129,291. | | | |
| **4** Auto and travel | **4** | | | | |
| **5** Cleaning and maintenance | **5** | | | | |
| **6** Commissions | **6** | | | | |
| **7** Insurance | **7** | 14,078. | | | |
| **8** Legal and other professional fees | **8** | 92,867. | | | |
| **9** Interest | **9** | 970,260. | | | |
| **10** Repairs | **10** | 3,322. | | | |
| **11** Taxes | **11** | 119,133. | | | |
| **12** Utilities | **12** | 724. | | | |
| **13** Wages and salaries | **13** | 299,859. | | | |
| **14** Depreciation (see instructions) | **14** | 14. | | | |
| **15** Other (list) ► See Statement 5 | **15** | 144,970. | | | |
| **16** Total expenses for each property. Add lines 3 through 15 | **16** | 1,777,018. | | | |

| **17** Total gross rents. Add gross rents from line 2, columns A through H | **17** | 12,837. |
|---|---|---|
| **18** Total expenses. Add total expenses from line 16, columns A through H. | **18** | -1,777,018. |
| **19** Net gain (loss) from Form 4797, Part II, line 17, from the disposition of property from rental real estate activities | **19** | |
| **20 a** Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) | **20a** | |

**b** Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 20a. Attach a schedule if more space is needed:

| **(1)** Name | **(2)** Employer identification number |
|---|---|
| | |
| | |

| **21** Net rental real estate income (loss). Combine lines 17 through 20a. Enter the result here and on: | **21** | -1,764,181. |
|---|---|---|
| • **Form 1065 or 1120S:** Schedule K, line 2, or | | |
| • **Form 1065-B:** Part 1, line 4 | | |

BAA **For Paperwork Reduction Act Notice, see the separate instructions.**                   Form **8825** (2005)

651105

| Schedule K-1 | **2005** |
|---|---|
| (Form 1065) | For calendar year 2005, or tax |

Department of the Treasury
Internal Revenue Service

year beginning _____ , 2005
ending _____

## Partner's Share of Income, Deductions, Credits, etc.
► See separate instructions.

| Part I | Information About the Partnership |
|---|---|

**A** Partnership's employer identification number
59-3591504

**B** Partnership's name, address, city, state, and ZIP code

TAMPA BAY 1 LLC
C/O BROMLEY COMPANIES   120 5TH AVE   11FL
NEW YORK, NY 10011

**C** IRS Center where partnership filed return
Ogden, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**E** Tax shelter registration number, if any _____

**F** ☐ Check if Form 8271 is attached

| Part II | Information About the Partner |
|---|---|

**G** Partner's identifying number
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

**H** Partner's name, address, city, state, and ZIP code

WILLIAM L. HAINES
1120 FIFTH AVENUE
NEW YORK, NY 10128

**I** ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**J** ☒ Domestic partner   ☐ Foreign partner

**K** What type of entity is this partner?  Individual

**L** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 80.75 % | 80.75 % |
| Loss | 80.75 % | 80.75 % |
| Capital | 80.75 % | 80.75 % |

**M** Partner's share of liabilities at year end:
Nonrecourse . . . . . . . . $
Qualified nonrecourse financing . $
Recourse . . . . . . . . . . $ 20,928,232.

**N** Partner's capital account analysis:
Beginning capital account . . . . $ -2,365,197.
Capital contributed during the year . . $
Current year increase (decrease) . $ -1,463,431.
Withdrawals and distributions . . $
Ending capital account . . . . . $ -3,828,628.

☐ Tax basis   ☒ GAAP   ☐ Section 704(b) book
☐ Other (explain)

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0099

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 15 | Credits & credit recapture |
| 2 * | Net rental real estate income (loss) -1,424,576. | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | A | -147. |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | |
| | | 19 | Distributions |
| 12 | Section 179 deduction | | |
| 13 | Other deductions | 20 | Other information |
| A | 38,557. | | |
| 14 | Self-employment earnings (loss) | | |

*See attached statement for additional information.

FOR IRS USE ONLY

6

TAMPA BAY 1 LLC 59-3591504

Schedule K-1 (Form 1065) 2005 — **Supplemental Information** — Page 2

**Box 2**
**Rental Real Estate Activities**

| Property Description | Gross Income | Net Expenses | Net Income | Passive Nonpass | Sec. 1231 Total |
|---|---|---|---|---|---|
| TAMPA LAND AND BUILDING | 10,366. | 1,434,942. | $ -1424576. | Passive | |
| | | Total | $ -1424576. | | |



651105

| Schedule K-1 | **2005** | | Final K-1 | Amended K-1 | OMB No. 1545-0099 |
|---|---|---|---|---|---|

**(Form 1065)**
For calendar year 2005, or tax

Department of the Treasury
Internal Revenue Service
your beginning _____ , 2005
ending _____

**Partner's Share of Income, Deductions, Credits, etc.**   ► See separate instructions.

| Part I | Information About the Partnership |
|---|---|

**A** Partnership's employer identification number
59-3591504

**B** Partnership's name, address, city, state, and ZIP code

TAMPA BAY 1 LLC
C/O BROMLEY COMPANIES   120 5TH AVE   11FL
NEW YORK, NY 10011

**C** IRS Center where partnership filed return
Ogden, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**E** ☐ Tax shelter registration number, if any _____

**F** ☐ Check if Form 8271 is attached

| Part II | Information About the Partner |
|---|---|

**G** Partner's identifying number
13-4118524

**H** Partner's name, address, city, state, and ZIP code

THE HAINES ORGANIZATION LLC
120 FIFTH AVENUE        11TH FLOOR
NEW YORK, NY 10011

**I** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**J** ☒ Domestic partner   ☐ Foreign partner

**K** What type of entity is this partner? Individual

**L** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 14.25 % | 14.25 % |
| Loss | 14.25 % | 14.25 % |
| Capital | 14.25 % | 14.25 % |

**M** Partner's share of liabilities at year end:

| | |
|---|---|
| Nonrecourse | $ |
| Qualified nonrecourse financing | $ |
| Recourse | $ 2,887,134. |

**N** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ -835,699. |
| Capital contributed during the year | $ |
| Current year increase (decrease) | $ -258,253. |
| Withdrawals and distributions | $ |
| Ending capital account | $ -1,093,952. |

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 15 | Credits & credit recapture |
| 2 * | Net rental real estate income (loss) -251,396. | | | |
| 3 | Other net rental income (loss) | | 16 | Foreign transactions |
| 4 | Guaranteed payments | | | |
| 5 | Interest income | | | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | | |
| 9a | Net long-term capital gain (loss) | | 17 A | Alternative minimum tax (AMT) items -26. |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | | | |
| 10 | Net section 1231 gain (loss) | | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | | |
| | | | 19 | Distributions |
| 12 | Section 179 deduction | | | |
| 13 A | Other deductions 6,804. | | 20 | Other information |
| 14 | Self-employment earnings (loss) | | | |

*See attached statement for additional information.

F O R   I N S   U S E   O N L Y

DO NOT FILE

8

TAMPA BAY 1 LLC 59-3591504

| Schedule K-1 (Form 1065) 2005 | Supplemental Information | | | | | Page 2 |
|---|---|---|---|---|---|---|

**Box 2**
**Rental Real Estate Activities**

| Property Description | Gross Income | Net Expenses | Net Income | Passive Nonpass | Sec. 1231 Total |
|---|---|---|---|---|---|
| TAMPA LAND AND BUILDING | 1,829. | 253,225. | $ -251,396. | Passive | |
| | | Total | $ -251,396. | | |



Partner 2:   THE HAINES ORGANIZATION LLC    13-4118524
SPSL1201L  07/31.03

9

651105

**Schedule K-1**
(Form 1065)

**2005**

Department of the Treasury
Internal Revenue Service

For calendar year 2005, or tax
year beginning _____ , 2005
ending _____

**Partner's Share of Income, Deductions, Credits, etc.** ► See separate instructions.

☐ Final K-1   ☐ Amended K-1

OMB No. 1545-0099

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 15 | Credits & credit recapture |
| 2 | Net rental real estate income (loss)  −88,209. | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 A | Alternative minimum tax (AMT) items  −9. |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | |
| | | 19 | Distributions |
| 12 | Section 179 deduction | | |
| 13 A | Other deductions  2,387. | 20 | Other information |
| 14 | Self-employment earnings (loss) | | |

**Part I   Information About the Partnership**

A  Partnership's employer identification number
59-3591504

B  Partnership's name, address, city, state, and ZIP code

TAMPA BAY 1 LLC
C/O BROMLEY COMPANIES   120 5TH AVE   11FL
NEW YORK, NY 10011

C  IRS Center where partnership filed return
Ogden, UT

D  ☐ Check if this is a publicly traded partnership (PTP)
E  Tax shelter registration number, if any _____
F  ☐ Check if Form 8271 is attached

**Part II   Information About the Partner**

G  Partner's identifying number
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

H  Partner's name, address, city, state, and ZIP code

RICHARD SHARKEN
5 EAST 53 STREET
BRANT BEACH, NJ 08008

I  ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member
J  ☒ Domestic partner   ☐ Foreign partner
K  What type of entity is this partner?  Individual

L  Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 5 % | 5 % |
| Loss | 5 % | 5 % |
| Capital | 5 % | 5 % |

M  Partner's share of liabilities at year end:
Nonrecourse . . . . $ _____
Qualified nonrecourse financing . . $ _____
Recourse . . . . $ 1,013,029.

N  Partner's capital account analysis:
Beginning capital account . . $ −293,228.
Capital contributed during the year . $ _____
Current year increase (decrease) . $ −90,614.
Withdrawals and distributions . $ _____
Ending capital account . . $ −383,842.

☐ Tax basis   ☒ GAAP   ☐ Section 704(b) book
☐ Other (explain)

*See attached statement for additional information.

FOR IRS USE ONLY

**DO NOT FILE**

BAA For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.
Partner 3

Schedule K-1 (Form 1065) 2005
PTPA0312L 01/19/06

10

TAMPA BAY 1 LLC 59-3591504

**Box 2**
**Rental Real Estate Activities**

| Property Description | Gross Income | Net Expenses | Net Income | Passive Nonpass | Sec. 1231 Total |
|---|---|---|---|---|---|
| TAMPA LAND AND BUILDING | 642. | 88,851. $ | -88,209. | Passive | |
| | | Total $ | -88,209. | | |



SPSL1201L 07/31/03

| **2005** | **Federal Statements** | **Page 1** |
|---|---|---|
| **Client TB1** | **TAMPA BAY 1 LLC** | 59-3591504 |

8/30/06 · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 02:01PM

**Statement 1**
**Form 1065, Schedule K, Line 13a**
**Charitable Contributions**

Cash Contributions - 50% Limitation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $   47,748.

Total $   47,748.

**Statement 2**
**Form 1065, Schedule L, Line 6**
**Other Current Assets**

|  | Beginning | Ending |
|---|---|---|
| PREPAID INSURANCE | $ 41,306. | $ 32,438. |
| Total | $ 41,306. | $ 32,438. |

**Statement 3**
**Form 1065, Schedule L, Line 13**
**Other Assets**

|  | Beginning | Ending |
|---|---|---|
| ADVANCE JAV AMEX A/C | 0. | $ 2,727. |
| DEVELOPMENT COSTS | 9,654,793. | 9,841,657. |
| NOTE RECEIVABLE | 5,000. | 5,000. |
| OTHER | 49,809. | 49,809. |
| Total | $ 9,709,602. | $ 9,899,193. |

DO NOT FILE

**Statement 4**
**Form 1065, Schedule L, Line 17**
**Other Current Liabilities**

|  | Beginning | Ending |
|---|---|---|
| CASH OVERDRAFT | $ 17,773,681. | $ 19,868,190. |
| OTHER LOANS | 526,541. | 392,397. |
| Total | $ 18,300,222. | $ 20,260,587. |

12

| **2005** | **Federal Statements** | **Page 2** |
|---|---|---|
| **Client TB1** | **TAMPA BAY 1 LLC** | **59-3591504** |
| 8/30/06 | | 02:01PM |

**Statement 5**
**Form 8825, Line 15**
**Other Expenses**

Property A: TAMPA LAND AND BUILDING - TAMPA. FL
Property B: -
Property C: -
Property D: -

| | Property A | Property B | Property C | Property D |
|---|---|---|---|---|
| Amortization | $ 21,035. | | | |
| Association Dues | 5,101. | | | |
| E COMMERCE WEB SITE | 7,758. | | | |
| HEALTH & WELFARE | 18,694. | | | |
| Licenses and Permits | 660. | | | |
| MEALS | 12,626. | | | |
| MISCELLANEOUS | 16,321. | | | |
| NETWORK MAINT | 152. | | | |
| OFFICE EXPENSES | 10,601. | | | |
| Telephone | 9,754. | | | |
| TEMPORARY HELP | 706. | | | |
| TRAVEL & LODGING | 41,562. | | | |
| Total | $ 144,970. | | | |

DO NOT FILE

13

# EXHIBIT C

INSTR # 2003330755
O BK 12966 PG 0730
RECORDED 08/12/2003 12:34:52 PM
RICHARD AKE CLERK OF COURT
HILLSBOROUGH COUNTY
DEPUTY CLERK P Howell

PREPARED BY, RECORDING
REQUESTED BY AND WHEN
RECORDED RETURN TO:

LexisNexis Document Solutions
P.O. Box 2969
Springfield, IL 62708
R1795393-2
Loan No. 752121

AMENDMENT
TO
RENEWED, RESTATED AND AMENDED MORTGAGE AND SECURITY AGREEMENT
AND RENEWAL AND FUTURE ADVANCE SECURED PROMISSORY NOTE

THIS AMENDMENT TO RENEWED, RESTATED AND AMENDED MORTGAGE
AND SECURITY AGREEMENT AND RENEWAL AND FUTURE ADVANCE SECURED
PROMISSORY NOTE (the "Amendment"), made as of the 28th day of July, 2003, by and
between BROMLEY TAMPA INVESTORS, LTD, a Florida limited partnership, having its
principal place of business and post office address at 3725 Grace Street, Tampa, Florida (the
"Borrower") and DES MOINES COMMERCIAL MORTGAGE PORTFOLIO, LLC, a
Delaware limited liability company, having its principal place of business and post office address
c/o Principal Real Estate Investors, LLC, at 801 Grand Avenue, Des Moines, Iowa 50392-1450
("Lender").

W I T N E S S E T H:

WHEREAS, Borrower executed and delivered that certain Renewal and Future Advance
Secured Promissory Note (the "Note") dated January 14, 1999 in the original principal amount of
$               , payable to the order of Lender; and

WHEREAS, in order to secure payment of the Note, Borrower executed and delivered that
certain Renewed, Restated and Amended Mortgage and Security Agreement dated January 14,
1999 and recorded in Book 9469, page 489 among the land records of Hillsborough County,
Florida (the "Mortgage") as partially released by document recorded in Book 9469, page 540,
and further partially released by that document recorded in Book 11468, page 275 encumbering
the property more particularly described in Exhibit A attached hereto and incorporated herein
(the "Premises"); and

WHEREAS, Lender and Borrower are entering into this Amendment to amend the Note
and "Mortgage" to (i) reduce the original interest rate by      basis points, (ii) incorporate certain
provisions converting the Note to a "registered obligation" as set forth in Section 871(h) of the

-2-

United States Internal Revenue Code, as amended, and (iii) designating Principal Real Estate Investors, LLC as the registrar for purposes of maintaining the register of all transfers of the Note.

NOW, THEREFORE, in consideration of the promises, mutual covenants and agreements of the parties and for other good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, the parties agree, from and after the date hereof, the Note shall be a registered note and no transfer of any portion of the Note shall be effective unless and until such transfer is recorded on the register. Accordingly, the Note and "Mortgage" are amended as follows:

1.   The Note is hereby amended by inserting the following paragraph as the final paragraph on page 7:

   14.   **THIS NOTE IS A REGISTERED OBLIGATION AS SET FORTH IN SECTION 871(h) OF THE UNITED STATES INTERNAL REVENUE CODE, AS AMENDED AND, AS PROVIDED IN THE MORTGAGE, IT MAY BE TRANSFERRED IN WHOLE OR IN PART ONLY AS STRICTLY SET FORTH IN THE MORTGAGE.**

2.   The Note and Mortgage are amended by reducing the interest rate to                    effective August 15, 2003. Beginning on September 15, 2003 monthly installments of principal and interest shall be due and payable in installments of                                                      Dollars              ), with an installment in a like amount due and payable on the same day of each month thereafter until such principal and interest are paid in full, except that all remaining principal, interest to and including the date of payment and other Indebtedness shall be due and payable on the Maturity Date, as set forth in the Note.

3.   The Mortgage is hereby amended by inserting the following as paragraph 42:

   The Note shall be a "registered obligation" as set forth in Section 871(h) of the United States Internal Revenue Code, as amended, and no transfer of all or any portion of the Note shall be effective unless and until such transfer is recorded on the register. Borrower hereby grants to Principal Real Estate Investors, LLC, a Delaware limited liability company, and its successors and assigns (collectively, "PREI"), an irrevocable, durable power of attorney, coupled with an interest, to act as exclusive registrar and agent for the sole purpose of registering and determining ownership of interests in the Note and all sales and transfers of all or a portion of interests in such Note. PREI shall keep at its principal executive office a register for the registration and transfers of the Note. The name and address of each holder of the Note, each transfer thereof (in whole or in part) and the name and address of each transferee of the Note then shall be registered in such register. Prior to due presentment for registration of transfer, the person or entity in whose name the Note shall be registered shall be deemed and treated as the owner and holder of the Note for all

OR BK 12966 PG 0732

-3-

purposes hereof, and the Borrower and PREI shall not be affected by any notice or knowledge to the contrary.  The function of PREI is ministerial only and PREI shall have no fiduciary duties to Borrower or Lender with respect to this process.

Upon PREI being satisfied in its sole discretion that a transfer of all or any portion of the Note has occurred (and in that regard, PREI may require whatever evidence of a proposed transfer it deems appropriate in its reasonable discretion), then PREI shall (a) record such transfer in the register; and (b) notify Borrower of such transfer.  Any such transfer shall be at the sole cost and expense of the holder of the Note.

PREI may, for any reason, upon thirty (30) days' prior written notice to Borrower and the holder of record, resign as registrar; in which event Lender may appoint a successor registrar.

Lender and all holders of record hereby agree to indemnify and hold harmless PREI in its capacity as registrar hereunder from any and all actions, claims, demands, obligations and liabilities including, but not limited to, for reasonable attorneys' fees and costs.

Lender, PREI and all holders of record hereby agree to indemnify and hold harmless Borrower from any and all actions, claims, demands, obligations and liabilities including, but not limited to, reasonable attorneys' fees and costs arising out of or incurred in connection with any omissions of PREI in its capacity as register hereunder.

4.    (a)    Except as expressly set forth herein, the terms and conditions of the Loan Documents are ratified and confirmed, shall remain in full force and effect and Borrower acknowledges and agrees that the same secure all of Borrower's liabilities to Lender under the Note as amended.

(b)    This Amendment shall be deemed, to the extent inconsistent therewith, a modification of the Loan Documents and not a novation thereof and shall in no way adversely affect or impair the lien priority of the Loan Documents.  In the event this Amendment, or any portion hereof, shall be construed or shall operate to affect the lien priority of the Loan Documents, then, to the extent it creates a charge upon the Premises in excess of that contemplated and permitted thereby, and to the extent third parties acquiring an interest in the Premises between the time of recording of the Loan Documents and the recording of this Amendment are prejudiced hereby, if any, this Amendment shall be void and of no force and effect; provided, however, that notwithstanding the foregoing, the parties hereto, as between themselves, shall be bound by all the terms and conditions hereof until all indebtedness evidenced by the Note, as amended, shall have been paid.

5.    Capitalized terms used in this Amendment have the same meaning as in the "Mortgage".

(Signatures on following page)

-4-

IN WITNESS WHEREOF, Borrower and Lender have caused this instrument to be executed the day and year herein first written.

BORROWER:

BROMLEY TAMPA INVESTORS, LTD, a Florida limited partnership

By:  Bromley Tampa, Inc., a Florida
     corporation, its general partner

By:  _____
     Name:  Richard I. Sharken, its Secretary, Vice
     President and Director

WITNESS:

By: Gail Rossman
By: Gail Rossman

By:  _____JANELLE ALFRED_____
     Print Name:
By:  _____
     Print Name:

LENDER:

DES MOINES COMMERCIAL MORTGAGE
PORTFOLIO, LLC, a Delaware limited liability
company

By:  PRINCIPAL REAL ESTATE INVESTORS,
     LLC, a Delaware limited liability company,
     as Attorney-in-Fact

By   _____
     Name:  Debra R. Henry
     Title:  Manager
            Loan Administration

By   _____
     Name:  Bradley A. Benson
     Title:  Investment Director - Mortgages

WITNESS:

By:  _____Amy L. McFadden_____
     Print Name:  Amy L. McFadden
By:  _____
     Print Name:  Shawna L. Stevens

By:  _____Amy L. McFadden_____
     Print Name:  Amy L. McFadden
By:  _____
     Print Name:  Shawna L. Stevens

-5-

ADDRESSES:

Brad Benson
c/o Principal Real Estate Investors LLC
801 Grand Ave
Des Moines, IA 50392

Debra Henry
c/o Principal Real Estate Investors LLC
801 Grand Ave
Des Moines, IA 50392

Richard I Sharken
c/o The Bromley Companies
120 5th Ave
11th Floor
New York NY 10011-5600

OR BK 12966 PG 0735

-6-

STATE OF NEW YORK)

COUNTY OF NEW YORK)

On the 28 day of July, in the year 2003, before me, the undersigned, a Notary Public in and for said State, personally appeared Richard I Sharken, Secretary, Vice President and Director of Bromley Tampa Investors, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the entity upon behalf of whom the individual acted, executed the instrument, and that such individual made such appearance before the undersigned in Richmond County, New York.

Notary Public
My Commission Expires:
[SEAL]

LAWRENCE H. WOLFF
Notary Public, State of New York
No. 01WO6070603
Qualified in Nassau County
Commission Expires March 4, 20 06

OR BK 12966 PG 0736

-7-

STATE OF IOWA      )
                   )
COUNTY OF POLK  )

   On this 21st day of July, 2003, before me, the undersigned, a Notary Public in and for the said State, personally appeared _Debra R. Henery_      and _Bradley A Benson_     , to me personally known to be the identical persons whose names are subscribed to the foregoing instrument, who being by me duly sworn, did say that they are the _Manager_     and_Investment Director_ , respectively, of PRINCIPAL REAL ESTATE INVESTORS, LLC, a Delaware limited liability company, as attorney-in-fact for DES MOINES COMMERCIAL MORTGAGE PORTFOLIO, LLC, a Delaware limited liability company, and that the seal affixed to the instrument is the seal of Principal Real Estate Investors, LLC; that the instrument was signed and sealed on behalf of the company by Principal Real Estate Investors, LLC, as attorney-in-fact of Des Moines Commercial Mortgage Portfolio, LLC, by authority of the members of Des Moines Commercial Mortgage Portfolio, LLC; and that the aforesaid individuals each acknowledged the execution of the foregoing instrument to be the voluntary act and deed of Principal Real Estate Investors, LLC, as authorized signatories of said company, by it and by them voluntarily executed.



Notary Public in and for said State

DANIEL LOWELL ALEXANDER
Commission Number 716159
My Commission Expires
April 23, 20__

OR BK 12966 PG 0737

EXHIBIT A
LOAN NO. 752121

PARCEL A1:

LOTS 13 THROUGH 16, INCLUSIVE, BLOCK 4, PALERMO SUBDIVISION, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN PLAT BOOK 4, PAGE 62 OF THE PUBLIC RECORDS, OF HILLSBOROUGH COUNTY, FLORIDA, TOGETHER WITH THE NORTH HALF OF VACATED NASSAU STREET (A/K/A CRISPI STREET PER PLAT) AS SET FORTH IN THAT CERTAIN ORDINANCE RECORDED IN OFFICIAL RECORD BOOK 2697, PAGE 20, ORDINANCE NO. 5659-A. ALSO AND INCLUDING THAT PORTION OF THAT CERTAIN ALLEY IN SAID BLOCK 4, VACATED BY CITY ORDINANCE NO. 2265-A, LYING SOUTHERLY OF THE SOUTHERLY RIGHT-OF-WAY, INTERSTATE 75 (S. R. 400) AS DESCRIBED IN OFFICIAL RECORDS BOOK 705, PAGES 446 AND 447, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA; SAID PART BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS, TO WIT:

BEGIN AT THE SOUTHEAST CORNER OF LOT 16 IN BLOCK 4 OF SAID PALERMO SUBDIVISION, RUN THENCE NORTH 00 DEGREES 37' 41" EAST ALONG THE EASTERLY BOUNDARY OF SAID LOT 16 AND THE NORTHERLY EXTENSION THEREOF, FOR A DISTANCE OF 105.00 FEET TO AN IRON PIPE; THENCE NORTH 89 DEGREES 16' 44" WEST FOR A DISTANCE OF 7.83 FEET TO AN IRON PIPE LYING ON A CURVE CONCAVE TO THE NORTHWESTERLY AND HAVING A RADIUS OF 460.00 FEET; THENCE SOUTHWESTERLY 54.40 FEET ALONG THE ARC OF SAID CURVE THROUGH A CENTRAL ANGLE OF 06 DEGREES 46' 31" TO THE END OF SAID CURVE; THEN SOUTH 63 DEGREES 33' 16" WEST FOR A DISTANCE OF 169.44 FEET TO THE SOUTHWEST CORNER OF LOT 13, BLOCK 4 AFOREMENTIONED; THENCE SOUTH 89 DEGREES 16' 44" EAST ALONG THE SOUTHERLY BOUNDARY OF LOTS 13 THROUGH 16 FOR A DISTANCE OF 205.56 FEET TO THE SOUTHEAST CORNER OF LOT 16 AND THE POINT OF BEGINNING.

PARCEL A2:

LOTS 1, 2, 3, 14, 15 AND 16, INCLUSIVE, TOGETHER WITH THE EAST 41.9 FEET OF LOTS 4 AND 13, BLOCK 9, PALERMO SUBDIVISION, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT BOOK 4, PAGE 62 OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, TOGETHER WITH THAT PORTION OF VACATED ALLEY ABUTTING THEREOF, AS SET FORTH BY THAT CERTAIN ORDINANCE RECORDED IN DEED BOOK 1916, PAGE 376, ORDINANCE NO. 1945-A, AND TOGETHER WITH THE SOUTH HALF OF VACATED NASSAU STREET (A/K/A CRISPI STREET PER PLAT), AS SET FORTH IN THAT CERTAIN ORDINANCE RECORDED IN OFFICIAL RECORDS BOOK 2697, PAGE 20, ORDINANCE NO. 5659-A ALL OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.

-2-

PARCEL A3:

EXCLUSIVE AND PERPETUAL EASEMENT APPURTENANT TO PARCELS 1 AND 2,
FOR THE SOLE PURPOSE OF PARKING AS SET FORTH IN THAT EASEMENT, DATED
JANUARY 14, 1999 BY AND BETWEEN WEST CYPRESS ASSOCIATES CORPORATION,
A FLORIDA CORPORATION, AND BROMLEY TAMPA INVESTORS, LTD, A FLORIDA
LIMITED PARTNERSHIP, FILED FEBRUARY 8, 1999, IN THE OFFICIAL RECORD
BOOK 9469, PAGE 0472 OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY,
FLORIDA, AND LOCATED ON THE FOLLOWING PROPERTY: LOTS 5, 6, 7, AND 8,
BLOCK 11 AND THE NORTH 1/2 OF VACATED ALLEY ABUTTING THEREOF,
PALERMO SUBDIVISION, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED
IN PLAT BOOK 4, PAGE 62 OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY,
FLORIDA.

LESS AND EXCEPT:

That portion of vacated MARIE AVENUE per city Ordinance No. 2001-2, as recorded in
Official Records Book 10559, page 1174, of the Public Records of Hillsborough County,
Florida, more particularly described as follows:

The West half of that part of Marie Avenue (Curso Principale Avenue by plat) lying West of and
abutting Blocks 5 and 8 of PALERMO, according to the map or plat thereof as recorded in Plat
Book 4, page 62, Public Records of Hillsborough County, Florida; lying West of a line
connecting the Southwest corner of said Block 5 to the Northwest corner of said Block 8; lying
East of and abutting Blocks 4 and 9 of said PALERMO; lying East of a line connecting the
Southeast corner of said Block 4 to the Northeast corner of said Block 9; lying North of the
North right-of-way line of Grace Street (Saint Rosalie Street by plat); and lying South of the
Easterly prolongation of the centerline of the vacated alley located in Block 4 of said
PALERMO.

BJ\wmh\s:bjensen\752121 exha
4/29/03