UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

JOSEPHINE A. VITALE,

        Plaintiff,

   v.

THE BROMLEY COMPANIES LLC,
and WILLIAM HAINES,

        Defendants.

-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/31/07

Civil Action No.: 06 CV 3209 (DC) (ECF)

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Ballon Stoll Bader & Nadler, P.C., counsel for Plaintiff Josephine A. Vitale, and Kasowitz, Benson, Torres & Friedman LLP, counsel to Defendants The Bromley Companies LLC and William Haines, that this action, including without limitation all causes of action that were or could have been set forth therein, is hereby dismissed with prejudice and without costs to any party.

BALLON STOLL BADER & NADLER, P.C.

By: _____
Marshall Bellovin, Esq.
1450 Broadway
New York, New York 10018
Attorneys for Plaintiff

KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP

By: _____
Eric J. Wallach, Esq.
1633 Broadway
New York, New York 10019
Attorneys for Defendants

**SO ORDERED:**

_____
Hon. Denise Cote, United States District Judge

May 31, 2007